

## In the Matter of:

## In re: Doe 2

# Transcript of Hearing

## March 9, 2018



Court Reporting
Videography
Videoconferencing

Phone: 703-837-0076
Fax: 703-837-8118
Toll Free: 877-837-0077

1010 Cameron Street
Alexandria, VA 22310
transcript@casamo.com

V I R G I N I A:


- - - - - - - - - - - - - - X

IN RE:

████ Doe 2 ████


- - - - - - - - - - - - - - X

Falls Church, Virginia
Friday, March 9, 2018


Discipline Hearing of

████ Doe 2 ████,

pursuant to notice, taken in the offices of

FCPS Administration located at 8115 Gatehouse

Road, Falls Church, Virginia, commencing at

1:34 p.m., before Karen M. Smith, a

professional stenotype reporter and notary

public in and for the Commonwealth of Virginia.

1   APPEARANCES:

2   On Behalf of the Student:

3       Amanda DeFede, Esquire
        McIntyre DeFede Law, PLLC
4       9315 Center Street, Suite 102
        Manassas, Virginia 20110

5
        ██████ Doe 1 ██████, Father
6
        ████ Jane Doe ██████, Mother
7
        ███ Joan Doe █████, Aunt
8
    On Behalf of the FCPS Administration:
9
        Nancy Kreloff, Hearing Officer
10      J.D. Anderson, Hearing Officer

11  On Behalf of FCPS:

12      Eileen Hoppock, Assistant Principal
        Laura Waterman, Associate Principal
13

14

15              C O N T E N T S

16

17                              PAGE

18  Proceedings......................3

19

20

21

22

Page 3

1    P R O C E E D I N G S
2    MS. KRELOFF: Before we begin the
3 hearing, I'd like to point out that this
4 hearing is being recorded by school board
5 regulation. However, no one is allowed to make
6 a recording themselves. And I'm required to
7 let you know that you must turn off any
8 recording devices you have other than Casamo
9 who is here by the family engagement. If at a
10 later date, however, you wish to listen to the
11 recording, you certainly may.
12    So we're going to start with
13 introductions. As I said outside, my name is
14 Nancy Kreloff, and I'm the hearing officer for
15 the division superintendent.
16    To my right.
17    MS. HOPPOCK: Eileen Hoppock,
18 assistant principal at Lake Braddock.
19    MS. WATERMAN: Laura Waterman,
20 associate principal Lake Braddock Secondary.
21    THE COURT REPORTER: Karen Smith,
22 court reporter.

Page 4

1    MR. ANDERSON: I'm J.D. Anderson a
2 hearing officer.
3    MS. [Joan Doe]: I'm [Joan Doe],
4 [Doe 2]'s aunt.
5    MS. [Jane Doe]: [Jane Doe],
6 [Doe 2]'s mom
7    MR. [Doe 1]: [Doe 1], I'm
8 [Doe 2]'s dad.
9    MS. DEFEDE: Amanda DeFede, attorney
10 for the family.
11    MR. [Doe 2]: And I'm [Doe 2].
12    MS. KRELOFF: And you are the student.
13    MR. [Doe 2]: Student.
14    MS. KRELOFF: Yes, sir. All right.
15 Everybody's got a title here.
16    Okay. We're here today to conduct an
17 administrative hearing to consider your
18 principal's referral for disciplinary action
19 based on your reported violation of Student
20 Rights and Responsibilities Regulation 2601
21 specifically for engaging in improper touching
22 and sexual harassment.



Page 5

1    In this matter Mr. Anderson and I
2 represent the division superintendent. That
3 means it's our responsibility to first
4 determine if this case is warranted. That
5 means did you actually commit some act of
6 misconduct, and was it appropriate that it came
7 to us. If we determine that it is warranted,
8 then it is our responsibility to determine what
9 disciplinary action to take.
10    So I'm about to tell you four possible
11 disciplinary actions, and then there'll be a
12 quiz later; okay? Because I need to know that
13 you understand. So open to us is to return you
14 to Lake Braddock Secondary School as a
15 probationary student, to remove you from Lake
16 Braddock and send you to another regular high
17 school, to remove you from Lake Braddock and
18 send you to an alternative school program or in
19 the worst case to take this case and send it to
20 the school board with a recommendation for
21 expulsion. Expulsion is very rare. I don't
22 foresee it as being an issue in this case. And

Page 6

1 I want to let you know that. But it is --
2 whenever you come to our office, it is one of
3 our options; okay?
4    So for us to determine what our
5 decision is going to be today, we need to know
6 three things. We need to know about the
7 incident. We need to know about you as a
8 student, and we need to know about you as a
9 person.
10    So we start with the incident. The
11 school staff will speak first. They're going
12 to tell us what happened and why they brought
13 this case forward. Mr. Anderson and I may have
14 questions for them. Please listen to
15 everything they say, because after they have
16 finished, I'm going to ask you is that
17 accurate, somewhat accurate or not accurate at
18 all; okay?
19    Your attorney also will have time to
20 ask questions of the school. Please listen --
21 if she chooses to do so. Please listen to the
22 school's answers to any of her questions as

**Page 7**

1  well; okay?
2       Then you will have an opportunity to
3  tell your side of the story, and Mr. Anderson
4  and I will have questions for you. Then your
5  attorney may have questions for you; okay?
6       Then we're going to move on to your
7  school record. I have created a summary. I'm
8  going to read that summary. I'm going to ask
9  the school to tell us what your teachers are
10 saying about you. Once they have finished, I'm
11 going to ask you again the same question,
12 accurate, somewhat accurate, not accurate at
13 all; okay?
14      MR. [Doe 2]: Uh-huh.
15      MS. KRELOFF: Then you'll have a
16 chance to talk about school. And we may have
17 some questions for you. I don't know yet;
18 okay?
19      Then the third thing is about you as a
20 person. You have brought your experts with
21 you. You have your father, your mother, your
22 aunt and your attorney. Normally we start at

**Page 8**

1  this point with the parents and then go to the
2  attorney.
3       But, Ms. DeFede, I defer to you.
4  Which way would you like to do that last
5  section? Would you like to speak first?
6       MS. DEFEDE: Me first and then parents
7  since they know him best to close it out.
8       MS. KRELOFF: Okay. That's fine.
9       If for some reason I forget when I get
10 there, please remind me; okay?
11      MS. DEFEDE: Yes.
12      MR. [Doe 1]: Can I ask a quick
13 question? We never received reports from his
14 first period teacher as of yet. And so we'd
15 like to --
16      MS. KRELOFF: Sir, just let me get
17 through this, and then I will address that.
18      So we do not announce a decision
19 today. A decision -- we are here to gather
20 information today. A decision will come from
21 our office in five to ten working days. We are
22 unfortunately excruciatingly busy. In that

**Page 9**

1  letter, though, it will tell you what our
2  decision is. And then it will tell you next
3  steps. If your parents accept the decision, it
4  will tell you how to proceed. If you as the
5  parents wish to appeal, it will tell you how to
6  appeal. So that will all be in the letter.
7       And I have the possibility of
8  e-mailing you, the parents. Is that something
9  that you wish to have? Your attorney has
10 provided her e-mail address. But it is up to
11 you whether you want these documents e-mailed.
12      MR. [Doe 1]: You can send it to
13 the attorney.
14      MS. DEFEDE: You can send it to all of
15 us.
16      MS. KRELOFF: Oh, to all of you.
17      MS. DEFEDE: Yes.
18      MS. KRELOFF: Okay. I just want to
19 check and make sure, because I don't want
20 anything going awry. Numberspace@icloud.com.
21      MR. [Doe 1]: That's fine.
22      MS. KRELOFF: Okay. And Sus -- I'm

**Page 10**

1  sorry -- sushsathe?
2       MS. [Jane Doe]: If you can just
3  send it to his, that will be okay.
4       MR. [Doe 1]: Yeah. We have a
5  concern about whether it's been hacked.
6       MS. KRELOFF: Oh, okay. Sure. Sure.
7  Sure. That's why I always check.
8       And then Ms. DeFede has provided hers.
9       All right. So are there any
10 questions? I registered that, and I'll get to
11 that in a few moments. But do you have any --
12      MR. ANDERSON: If you want, we did get
13 a copy of it. I can just give him my copy.
14 It's very short, and I've already read it.
15      MS. KRELOFF: Okay. That's great.
16      All right. Taken care of. Thank you,
17 Mr. Anderson.
18      MR. ANDERSON: Certainly.
19      MS. KRELOFF: So are there any
20 questions about the procedures in the hearing?
21 We do take turns; okay?
22      You doing all right?

Page 11

1   MR. [Doe 2]: Yes.
2   MS. KRELOFF: All right. Excellent.
3   Okay. So prior to the hearing I did
4   receive a letter appealing the ten-day
5   suspension. And near the end of the hearing, I
6   will speak about that. So we'll address that
7   as we're about to end; okay?
8   All right. So the first questions are
9   for you. The first one is, do you understand
10  what the school has accused you of doing?
11  MR. [Doe 2]: Yes. I'm here
12  because I've been accused of inappropriate
13  touching and sexual harassment.
14  MS. KRELOFF: That is correct.
15  Okay. And do you remember what I said
16  the four possible choices are if we determine
17  you did break school rules?
18  MR. [Doe 2]: Yes. One, return to
19  Lake Braddock as a probation student; two, go
20  to another regular high school in Fairfax
21  County; three, go to an alternative high
22  school; and then, four, recommendation for

Page 12

1   expulsion.
2   MS. KRELOFF: And what did I say about
3   that last one?
4   MR. [Doe 2]: It's rare.
5   MS. KRELOFF: That's very rare.
6   Okay. Thank you.
7   So please listen while the school is
8   speaking. And then I will come to you; okay?
9   All right. Ms. Waterman --
10  MS. WATERMAN: I defer to Ms. Hoppock.
11  MS. KRELOFF: -- could you please tell
12  us why we're here.
13  MS. WATERMAN: Sure. Absolutely.
14  MS. HOPPOCK: Sure. On the afternoon
15  of February 12th, there were some young ladies
16  who sought out a member of the school
17  administration. They spoke briefly with one of
18  the other assistant principals after school and
19  shared that there had been an incident
20  involving [Doe 2] inappropriately touching one of
21  them after school the previous week.
22  We then began to interview those young

Page 13

1   ladies the next day during the school day. We
2   interviewed the three young ladies who had
3   approached the administrator the day before and
4   then also continued to interview some other
5   students who had been witnesses to some of the
6   behaviors that they had shared with us.
7   The incident that had -- they
8   initially brought to our attention from the
9   week before involved [Doe 2] and one of his
10  classmates who were in the library after
11  school. The young lady said that [Doe 2] had
12  touched her in her crotch and on her bottom.
13  That he had said -- she had expressed concern
14  and said, hey, knock it off or cut that out.
15  And at that point he said chill out or be cool.
16  I'm just kidding, something to that effect.
17  And at that point she then walked away.
18  The other students said that they had
19  not been present for that particular incident.
20  However, in her sharing that information, they
21  said that they had witnessed prior behaviors
22  and comments that had taken place over the

Page 14

1   course of several months. These behaviors
2   included telling jokes of an inappropriate and
3   sexual nature and that frequently there were
4   comments being made about young ladies' bodies.
5   That [Doe 2] had specifically spoken to
6   young ladies and about them in conversations
7   with others describing them as thick meaning
8   curvy or voluptuous. And that on two incidents
9   that [Doe 2] had actually also touched one of those
10  young ladies. She shared that one of those
11  incidents was during Spanish class after he had
12  commented to her that he had noticed that her
13  sister had lost a lot of weight.
14  The context for that conversation then
15  turned inappropriate. And he said, according
16  to the young lady, that her sister had lost a
17  lot of weight, that her breasts had gotten
18  smaller but that this particular young lady's
19  breasts were still fine. And he, according to
20  her, nudged her on the side of her chest
21  adjacent to her breast.
22  On another occasion she did not

Page 15

1  remember whether that had been in December or
2  January.  He had called her especially thick
3  and had tapped her on her lower hip adjacent to
4  her bottom or almost on her bottom.  She
5  expressed her concern about being touched
6  inappropriately and said that she had been
7  witness to comments that were sexual in nature.
8     Some of the comments included things
9  about masturbation.  That because she had had
10 fake nails put on over the winter holiday that
11 -- the quote that she said was that if he -- or
12 that ▆▆ had said that if she had fingered
13 herself that that would have injured her.
14 There was also a conversation involving the use
15 of a tampon and why that did not then prompt
16 females to orgasm.
17    These comments in general but in those
18 specific incidents made not just the three
19 students who came forward initially as well as
20 other witnesses uncomfortable, that cultivated
21 an atmosphere of sexual harassment that
22 students said had persisted throughout part of

Page 16

1  the fall conditioning season and into the
2  winter.
3     So as we interviewed these students,
4  we determined that this pattern of sexual
5  harassment was something that obviously was
6  concerning and that it had crossed into
7  instructional time as ▆▆ does share a Spanish
8  class with one of these young ladies.
9     All of these findings led us to bring
10 our -- we brought our findings to our
11 principal, and he confirmed that he felt that
12 that then warranted a referral to the division
13 superintendent.
14    MS. KRELOFF:  So how many students
15 actually witnessed the inappropriate let's
16 start with comments?
17    MS. HOPPOCK:  Sure.  We had at least
18 six, I believe seven students who said that
19 they had witnessed and directly heard these
20 comments.
21    MS. KRELOFF:  How many witnesses said
22 they experienced or saw any inappropriate

Page 17

1  touching?
2     MS. HOPPOCK:  There were three
3  specific incidents that I referenced.  And in
4  each instance, the only confirmed witness was
5  the young lady --
6     MS. KRELOFF:  The victim.
7     MS. HOPPOCK:  -- herself, yes.
8     MS. KRELOFF:  Okay.  Would any of
9  these students have a reason to lie about the
10 comments or the touching?
11    MS. HOPPOCK:  Not to the best of my
12 knowledge.
13    MS. KRELOFF:  Did you find your
14 witnesses to be credible?
15    MS. HOPPOCK:  I did.  I also
16 interviewed these students with one of the
17 other assistant principals, and she too found
18 their comments and their allegations to be
19 founded or at least warranted.
20    MS. KRELOFF:  Did ▆▆ admit his
21 misconduct?
22    MS. HOPPOCK:  When we met with ▆▆,

Page 18

1  ▆▆ said that he did, in fact, have physical
2  contact with one of the young ladies.  He said
3  that he accidentally touched her below her
4  waist when they were poking each other in the
5  library.  He denied the other allegations of
6  improper touching in terms of touching the
7  young lady on her lower hip or on -- close to
8  her bottom and adjacent to her breast.  He said
9  that those did not happen.
10    MS. KRELOFF:  So below her waist, is
11 that in the crotch, the genital area?
12    MS. HOPPOCK:  ▆▆ initially said that
13 yes.  He said, I never meant to touch anyone.
14 I didn't intend to violate anyone, was the
15 quote that he had shared.  And that he
16 initially said, I didn't mean to touch her down
17 there.
18    But when pressed, ▆▆ did not confirm
19 that he had touched her crotch.
20    MS. KRELOFF:  Okay.  So he did admit,
21 however, making comments to other males?
22    MS. HOPPOCK:  He said that he had

**Page 19**

1 participated in conversations with his
2 teammates. That these were conversations that
3 happened in the weight room or during practice.
4     MS. KRELOFF: And what sport is that?
5     MS. HOPPOCK: This is crew.
6     MS. WATERMAN: Crew.
7     MS. KRELOFF: Crew.
8     MS. HOPPOCK: Uh-huh.
9     MS. KRELOFF: So were there three
10 girls who were touched inappropriately by your
11 investigation?
12     MS. HOPPOCK: Two.
13     MS. KRELOFF: Two. Okay.
14     So you're saying that one female was
15 touched on the breast.
16     MS. HOPPOCK: Uh-huh.
17     MS. KRELOFF: Yes?
18     And was -- I thought I saw that there
19 was a male witness to this. Is that incorrect?
20     MS. HOPPOCK: That is correct. One of
21 the --
22     MS. KRELOFF: That is correct?

**Page 20**

1     MS. HOPPOCK: That is correct.
2     MS. KRELOFF: Did that male witness
3 have any reason to lie about that?
4     MS. HOPPOCK: Not to the best of my
5 knowledge.
6     MS. KRELOFF: What do you think the
7 motivation for this was? I mean, it sounds
8 like your case is that it is ongoing.
9     MS. HOPPOCK: Yes. I believe what
10 brought it to a point where the young ladies
11 felt compelled to come to administration was
12 the incident in the library and that the young
13 ladies -- the young lady expressed her concern
14 about seeing ▓▓ or being around him. At that
15 point these students said that this had, in
16 their words, had gone on too long and that they
17 wanted to bring it to the administration's
18 attention.
19     MS. KRELOFF: Had they said that they
20 had expressly told him to stop?
21     MS. HOPPOCK: They said that they
22 would say knock it off or don't do that and

**Page 21**

1 that the response was typically, I'm just
2 joking. I'm just joking.
3     On one occasion I think the response
4 was, Ooh, that's gross and, oh, disgusting.
5     But they did express that when the
6 jokes were happening or comments about people's
7 bodies were being made that there were comments
8 that said don't say that or knock it off.
9     MS. KRELOFF: Was there any threat
10 used?
11     MS. HOPPOCK: No.
12     MS. KRELOFF: Did the victims in this
13 case miss any school? Anything cause them to
14 feel --
15     MS. HOPPOCK: No.
16     MS. KRELOFF: No.
17     Do you believe that the victims here
18 continue to be -- experience discomfort over
19 this issue?
20     MS. HOPPOCK: Yes.
21     MS. KRELOFF: So it basically crossed
22 from the sports atmosphere into the school

**Page 22**

1 atmosphere; is that correct?
2     MS. HOPPOCK: Yes, ma'am.
3     MS. KRELOFF: Okay. Was there any
4 posting on social media about any of this?
5     MS. HOPPOCK: There was a tweet that
6 was sent regarding this allegation to FCPS News
7 that then made its way back to the school.
8 That the person who had sent this tweet said
9 that there had been improper touching and that
10 there had been sexual harassment by ▓▓ and
11 that the school needed to investigate.
12     MS. KRELOFF: But you're not aware of
13 who sent that?
14     MS. HOPPOCK: No. We tried our best
15 to identify who it was. However, it was --
16     MS. WATERMAN: The user name was --
17     MS. HOPPOCK: The user name was not
18 helpful. Any postings were not directly tied
19 back or identifiable.
20     MS. KRELOFF: So it was sent to whom?
21 I'm sorry. I didn't --
22     MS. WATERMAN: FCPS News.

Page 23

1    MS. KRELOFF: Oh, okay.
2    And it was saying that --
3    MS. HOPPOCK: It was saying that there
4    had been some sexual harassment, that [Doe 2] had
5    been the perpetrator of sexual harassment and
6    that the school needed to investigate.
7    MS. KRELOFF: Okay. And this was
8    after you started your investigation.
9    MS. HOPPOCK: Yes. Yes.
10    MS. KRELOFF: Just for the record,
11    anything that is produced that is not signed is
12    not taken into consideration. So they're just
13    -- I just asked about was there any social
14    media, and they responded with that. But I
15    don't want you to think that we are taking
16    something anonymous into account; okay?
17    All right. Had there been any
18    concerns prior to this about sexual harassment
19    or inappropriate touching?
20    MS. HOPPOCK: No.
21    MS. KRELOFF: Okay. Mr. Anderson.
22    MR. ANDERSON: Just one question. And

Page 24

1    then we can do the student progress reports
2    later. They're positive. But there's just one
3    due to the nature of the hearing that I just
4    want to ask about. And that's the history
5    teacher who wrote that one student had
6    complained that [Doe 2] was poking her. Is that
7    student one of the three -- or one of the two
8    that we're talking about being touched or the
9    third that reported it?
10    MS. HOPPOCK: No.
11    MR. ANDERSON: No.
12    That's all. Thanks.
13    MS. KRELOFF: Okay. Thank you.
14    Ms. Waterman, what is the impact to
15    the victims and to your school of this
16    incident?
17    MS. WATERMAN: Well, school safety is
18    not only just protecting students from internal
19    and external threats like lockdowns, et cetera.
20    It's their emotional safety and their ability
21    to go through the building dealing with their
22    peers, respect them as individuals. And they

Page 25

1    deserve that.
2    These students went through an
3    emotional experience having had sexual
4    harassment comments -- comments made of a
5    sexual harassment nature but also inappropriate
6    touching with those students from [Doe 2], [Doe 2]'s
7    actions affected the group of students not only
8    through the team that he was on and the culture
9    of that but also the students which were
10    identified in this case.
11    It impacted the students'
12    instructional time. They were affected by not
13    only the actual incidents but the repeated
14    nature of them and to the point where they
15    could not take it anymore greatly affects the
16    impact of keeping our students safe during
17    their school day.
18    MS. KRELOFF: Ms. Waterman, can you
19    say with any degree of certainty given
20    education about SR&R and things like this that
21    [Doe 2] would have known that this is
22    inappropriate?

Page 26

1    MS. WATERMAN: Yes. You know,
2    throughout the year we do -- we show not only
3    the sexual harassment video through FCPS that
4    is required. We show it twice. And we also do
5    individual class level SR&R presentations along
6    with video supplements. So not only did [Doe 2]
7    take the SR&R test and acknowledge that he and
8    his parents had both seen that document, it is
9    enforced and shown at Lake Braddock.
10    MS. KRELOFF: Thank you.
11    Any follow-up, Mr. Anderson?
12    MR. ANDERSON: No thank you.
13    MS. KRELOFF: Okay. Ms. DeFede, do
14    you have questions for school?
15    MS. DEFEDE: I do.
16    So in looking in trying to understand
17    the allegations against [Doe 2] and looking at the
18    specific statements -- and mine, of course, are
19    redacted. So the first one I have is the
20    library computer lab. In the course of your
21    investigation, was there anybody else present
22    in the library when this happened?

Page 27

1    MS. HOPPOCK:  There were other
2 students present.
3    MS. DEFEDE:  And were those students
4 questioned?
5    MS. HOPPOCK:  No.
6    MS. DEFEDE:  Is there any reason why
7 they weren't questioned as to whether or not
8 they witnessed this exchange?
9    MS. HOPPOCK:  Nobody could identify
10 who they were.  They said that there were
11 students present.  However, it was unclear who
12 those students were.  It was after school
13 hours.
14    MS. DEFEDE:  And was it difficult to
15 identify because of the length of time between
16 the incident and the report?
17    MS. HOPPOCK:  There was -- one of the
18 issues is that a network request -- it was not
19 an investigative course that I could pursue
20 individually.  That request would have gone to
21 an outside office.  And the timing of that --
22 our tech team today, in fact, said that they

Page 28

1 would have to contact outside groups -- an
2 outside agency to be able to provide me with
3 the names of anybody who was present.
4    MS. DEFEDE:  And so this individual
5 claims that in the middle of the library Doe 2
6 grabbed her butt and then touched her crotch.
7    MS. HOPPOCK:  Yes.
8    MS. DEFEDE:  And did she continue to
9 assert that he grabbed her butt and then
10 touched her crotch?
11    MS. HOPPOCK:  Yes.
12    MS. DEFEDE:  And then right after
13 that, He had pants on and showing me his penis.
14 Is her allegation that he exposed
15 himself in the middle of the library?
16    MS. HOPPOCK:  When asked to clarify
17 that, she said that he had gestured towards his
18 crotch.
19    MS. DEFEDE:  In the library?
20    MS. HOPPOCK:  Yes.
21    MS. DEFEDE:  So grabbed her butt,
22 touched her crotch and then gestured towards

Page 29

1 his crotch in the library.
2    MS. HOPPOCK:  That is what she
3 reported.
4    MS. DEFEDE:  Okay.  And then the next
5 statement which is the one regarding the
6 fingernails, this individual says, He kind of
7 nudged me on the side of my breast.
8    MS. HOPPOCK:  Yes.
9    MS. DEFEDE:  And that is one of the
10 touching incidents in addition to the library
11 incident; is that correct?
12    MS. HOPPOCK:  Yes.
13    MS. DEFEDE:  And then she had
14 initiated the conversation with him regarding
15 the fake nails.  And then, Another time he has
16 touched me was when my friends, girls on the
17 crew team, and I were talking about how some of
18 the girls had a bigger butt or not and were
19 joking around about it.
20 Is she indicating that she and a group
21 of girls were discussing their bodies in Doe 2's
22 presence?  Was he part of a conversation about

Page 30

1 that, or did he walk into that conversation?
2 What did that -- do you know what that looked
3 like?
4    MS. HOPPOCK:  He was present for the
5 conversation.  I do not know at what point he
6 entered or other people entered the
7 conversation.
8    MS. DEFEDE:  And during the time when
9 they were having a discussion in Doe 2's presence
10 regarding their bodies, was this during the
11 time that they also felt harassed by Doe 2?
12    MS. HOPPOCK:  Yes.
13    MS. DEFEDE:  Did you question them at
14 all about why they would discuss their bodies
15 in that manner in Doe 2's presence?
16    MS. HOPPOCK:  No.
17    MS. DEFEDE:  And then the other
18 allegation she made was the tapped -- put a
19 hand on her hip slash butt.  Do we know what
20 time frame this was?
21    MS. HOPPOCK:  No.
22    MS. DEFEDE:  And then the third

Page 31

1  witness statement that I have is regarding
2  sexually harassing the girls on the crew team
3  and about [Doe 2] wearing Spandex and standing on
4  the dock and that he grabbed his genitals
5  through his Spandex. Did you speak to the
6  witnesses at all about what that looks like
7  when the crew teams are docking?
8      I just don't -- I don't row. So I
9  legitimately don't understand that. So if he's
10 standing on the dock, are there a bunch of
11 boats coming in? Are there a bunch of people
12 around? What does that look like?
13     MS. HOPPOCK: To the best of my
14 knowledge, it was that boat. I don't know if
15 there were other boats present or not. So
16 there were eight students in that boat at that
17 time.
18     MS. DEFEDE: Did you interview the
19 other students that were in that boat?
20     MS. HOPPOCK: No, I did not.
21     MS. DEFEDE: Why not?
22     MS. HOPPOCK: If one student says that

Page 32

1  that student saw it, that other students may
2  have seen it. They may not have. But one
3  student reported seeing it. And that was
4  concerning enough.
5      MS. DEFEDE: And then this other
6  student had the statement regarding asking her
7  how a girl doesn't orgasm when she puts a
8  tampon in. Did she indicate how that
9  conversation came about?
10     MS. HOPPOCK: No.
11     MS. DEFEDE: Did you ask her how that
12 conversation came about, how that statement
13 happened?
14     MS. HOPPOCK: No.
15     MS. DEFEDE: So the incidents that
16 we're discussing are on the dock there's an
17 allegation that [Doe 2] grabbed his crotch. In the
18 library there's an allegation that he touched
19 her butt, touched her crotch and grabbed his
20 genitals. And then on another occasion he may
21 have nudged a girl on the side of the breast
22 and tapped a hand on her hip and butt. Is that

Page 33

1  accurate?
2      MS. HOPPOCK: Yes.
3      MS. DEFEDE: Was there any specific
4  incident that caused this to rise to the level
5  of harassment in the school's mind as opposed
6  to simply inappropriate conduct?
7      MS. HOPPOCK: The continuous nature of
8  comments about young ladies' bodies. That it
9  was not just on these specific incidents that
10 were cited but that these were comments that
11 they said were being made regularly. When
12 asked to confirm what regularly meant to them,
13 students said, You know, every day, every
14 couple of days.
15     And so that it was a persistent
16 atmosphere or tone, comments specifically about
17 young ladies' bottoms. Another example that
18 was provided in the incident report was during
19 practice young ladies were stretching in some
20 sort of manner that left their bottoms
21 particularly on display. I'm assuming it was
22 some sort of position where their rears were in

Page 34

1  the air and that there was a comment made
2  about, I like the view from here.
3      And so that kind of comment the girls
4  provided as an example of a typical comment
5  that had been made.
6      MS. DEFEDE: Do we know when they say
7  that [Doe 2] made persistent comments regarding
8  their bodies, do we know whether or not that
9  was when they were also partaking in
10 conversations, describing their bodies in front
11 of [Doe 2], or were those separate comments he
12 made? Was he participating in the conversation
13 with them, or was he just making random
14 comments?
15     MS. HOPPOCK: I heard two different
16 questions in that. Could you clarify that,
17 please.
18     MS. DEFEDE: Yes. So we know that
19 they felt comfortable enough in front of Ian to
20 discuss their nails, to discuss tampons and
21 discuss their bodies. Do we know when he was
22 making comments, allegedly, regarding their

Page 35

1 bodies whether that was because they were
2 having a discussion about their own bodies in
3 his presence and he was joining the
4 conversation --
5 　　　MS. HOPPOCK: I don't know.
6 　　　MS. DEFEDE: -- or whether --
7 　　　MS. HOPPOCK: I don't know.
8 　　　MS. DEFEDE: And the recommendation
9 from the school was that ▆▆ be transferred to
10 an alternative school. Could you tell me why
11 you believe an alternative school would be an
12 appropriate placement for ▆▆
13 　　　MS. HOPPOCK: There was a concern
14 about the pattern of sexual harassment in the
15 presence of young ladies who felt victimized by
16 those comments.
17 　　　MS. DEFEDE: So the alternative school
18 would be an appropriate placement -- I'm sorry.
19 So the extra level of supervision at an
20 alternative school would be appropriate for ▆▆
21 to prevent harassment in the future?
22 　　　MS. HOPPOCK: To protect the young

Page 36

1 ladies who were victims of the comments that
2 had been made and the improper touching that
3 was part of this referral.
4 　　　MS. DEFEDE: At the current school.
5 　　　MS. HOPPOCK: Yes.
6 　　　MS. WATERMAN: In addition, you know,
7 going to another regular school, ▆▆ -- you
8 know, if he participates in the other
9 activities, the concern is that the
10 pervasiveness of this and the ongoing nature of
11 that is a concern. And to put ▆▆ in a like
12 school is certainly not our choice. However,
13 that is our recommendation.
14 　　　MS. DEFEDE: And as far as Ian's
15 reputation at school, was this the sort of
16 thing that you expected from ▆▆? Was it the
17 kind of reputation he had as far as harassing
18 other girls?
19 　　　MS. HOPPOCK: This was the first
20 incident of harassment involving ▆▆ that had
21 ever been brought to my attention.
22 　　　MS. DEFEDE: And had the crew coaches

Page 37

1 witnessed or had any suspicions regarding any
2 of this going on either?
3 　　　MS. HOPPOCK: The crew coach reported
4 that they did not know that this had been
5 happening.
6 　　　MS. DEFEDE: I don't have any more
7 questions. Thank you.
8 　　　MS. KRELOFF: Thank you.
9 　　　I did forget one question, and I
10 apologize. Are there any charges from the
11 families on this?
12 　　　MS. HOPPOCK: Not at this time, no.
13 　　　MS. KRELOFF: Not that you -- okay.
14 Thank you.
15 　　　All right. ▆▆ --
16 　　　MR. ANDERSON: Can I just follow up?
17 　　　MS. KRELOFF: Please.
18 　　　MR. ANDERSON: The at-this-time thing
19 always causes me to pause.
20 　　　MS. HOPPOCK: Sure.
21 　　　MR. ANDERSON: Do you have any
22 inclination if anybody's considering pressing

Page 38

1 charges, or have the parents expressed any
2 interest in --
3 　　　MS. HOPPOCK: Not that I know of, no.
4 　　　MR. ANDERSON: Okay. So there's no
5 charges.
6 　　　MS. HOPPOCK: Correct. Correct.
7 　　　MS. KRELOFF: All right. ▆▆, just
8 one sec.
9 　　　Ms. DeFede, is he going to speak about
10 this?
11 　　　MS. DEFEDE: Yes.
12 　　　MS. KRELOFF: Okay. All right.
13 　　　If in doubt, look to your attorney and
14 your parent; okay?
15 　　　All right. So the first question I
16 have was, what you heard, was it accurate,
17 somewhat accurate or not accurate at all?
18 　　　MR. ▆▆: It's not accurate at
19 all, because I never inappropriately touched or
20 sexually harassed another student.
21 　　　MS. KRELOFF: So you're denying all
22 allegations.

## Page 39

1  MR. [Doe 2]: I'm denying it to the
2  point that some of the things were true but
3  mostly false.
4  MS. KRELOFF: Okay. So maybe -- in
5  that case, maybe we ought to start out with
6  what was true. Normally I start with what was
7  false. But let's do true. So what was true?
8  MR. [Doe 2]: The talking in the
9  weight room with other guys about people not
10  only on the team but in general in the school,
11  celebrities, just people walking in the hallway
12  amongst guys.
13  MS. KRELOFF: So was this about
14  women's bodies or --
15  MR. [Doe 2]: Yeah. And it was
16  just about like the things that have a sexual
17  nature to it.
18  MS. KRELOFF: Okay. What else?
19  MR. [Doe 2]: Comments made toward
20  the -- about the tampon and the fingernails
21  were comments that were made.
22  MS. KRELOFF: That you made.

## Page 40

1  MR. [Doe 2]: Yeah.
2  MS. KRELOFF: Okay. Anything else?
3  No?
4  All right. Well, let's start out with
5  the rules. And then we'll move out from there.
6  So do you understand -- do school rules allow
7  you to touch other people inappropriately,
8  which means in a sexual way, breasts, buttocks,
9  crotch?
10  MR. [Doe 2]: No.
11  MS. KRELOFF: Okay. Did you do any of
12  these things? Did you touch them on the
13  breast, buttocks or crotch?
14  Just a second.
15  MR. [Doe 2]: I only touched
16  [Student A] in between her belly button and
17  pelvic area.
18  MS. KRELOFF: Okay. Do school rules
19  allow -- so basically what you're saying is the
20  -- because I want to make sure I have
21  everything absolutely by now your side of this.
22  You're saying you did not touch the girl on the

## Page 41

1  breast?
2  MR. [Doe 2]: Yes.
3  MS. KRELOFF: And you're saying you
4  did not touch the girl's hip?
5  MR. [Doe 2]: Yes.
6  MS. KRELOFF: And you did not touch a
7  girl on the buttocks?
8  MR. [Doe 2]: No.
9  MS. KRELOFF: Okay. Do school rules
10  allow you to sexually harass students?
11  MR. [Doe 2]: No.
12  MS. KRELOFF: Did you do this?
13  MR. [Doe 2]: No.
14  MS. KRELOFF: So you did not make
15  repeated comments of a sexual nature that made
16  students feel uncomfortable?
17  MR. [Doe 2]: Not in my view of it.
18  MS. KRELOFF: All right. So let's go
19  through this. And I'm just trying to make sure
20  I have everything down that you said. So did
21  you at any point refer to your crotch when you
22  were talking to the girls at the dock?

## Page 42

1  MR. [Doe 2]: No.
2  MS. KRELOFF: I had a problem with
3  when I was reading this that you said you
4  touched the girl's stomach. And then you said
5  you touched her crotch by accident.
6  MR. [Doe 2]: Because -- am I
7  explaining what --
8  MS. KRELOFF: Please, yeah.
9  MR. [Doe 2]: So we were -- or I
10  was walking to the library. And [Student A] met
11  me in the hallway. I don't think she meant to
12  meet me, but she just saw me in the hallway.
13  She pushed me and said, Where are you going?
14  I told her that I was going to the
15  library. And then she asked, Can I come with
16  you?
17  And then I said, No, because your
18  practice is about to start.
19  [Student A] told me that she didn't want
20  to go to stretching, which is the first part of
21  her practice. So she came with me to the
22  library. We sat down at the computer station.

Transcript of hearing

### Page 43

1    Do you have the --

2    MR. [Doe 1]: It's in one of the

3  folders here.

4    MS. DEFEDE: That's okay. Just

5  keep --

6    MS. KRELOFF: Just tell me.

7    MR. [Doe 2]: We were sitting down

8  at the computer station and talking about our

9  semester grades, because the term just

10  finished. And I pulled up my grades on SIS and

11  was looking at them to see what my teachers put

12  in. And [Student A] said, Oh my God, your grades

13  are so good.

14    And then she was feeling low and down,

15  because she told me that her grades were not

16  good. So I pushed her off the desk on the

17  shoulder and said, [Student A], you can get your

18  grades up.

19    And then she said, I know.

20    And then we both started laughing, and

21  we were poking each other. And I went in for

22  her belly button. And she fell back in her

### Page 44

1  seat and -- with no back on it. The chair was

2  faced sideways. And she fell back. And then

3  before my pointer finger touched between her

4  pelvis and her stomach, she caught herself, and

5  my pointer finger touched between her pelvis

6  and her stomach.

7    MS. KRELOFF: Okay. But you said, I

8  accidentally touched her down there and that

9  she said, Don't do it again.

10    MR. [Doe 2]: She never said those

11  words.

12    MS. KRELOFF: But this is your

13  statement.

14    MR. [Doe 2]: Oh, after, yeah. She

15  said, Don't do it again after -- when the whole

16  incident finished. And she got up, cursed

17  something under her breath, said, Don't do it

18  again, and then walked away. And she was still

19  laughing during that time.

20    MS. KRELOFF: Okay. I'm confused. So

21  if you guys were joking around -- well, first

22  of all, I don't quite see why you wrote what

### Page 45

1  you wrote in your statement about, I

2  accidentally touched her down there.

3    Why didn't you say I accidentally

4  touched her in her stomach or pelvis?

5    MR. [Doe 2]: Because it wasn't --

6  down there refers to between her stomach and

7  pelvis. It's not in her crotch.

8    MS. KRELOFF: Okay. Then why would

9  she say, Don't do it again?

10    MR. [Doe 2]: She said that after

11  the fact it happened and then left.

12    MS. KRELOFF: Did you make a comment

13  about girls' breasts?

14    MR. [Doe 2]: No.

15    MS. KRELOFF: About the girl losing

16  weight?

17    MR. [Doe 2]: No.

18    MS. KRELOFF: Did you make the comment

19  about the tampon?

20    MR. [Doe 2]: Yes.

21    MS. KRELOFF: Why would you do that?

22    MR. [Doe 2]: Because we were just

### Page 46

1  having a conversation about things that

2  teenagers have conversations about.

3    MS. KRELOFF: And you thought it was

4  appropriate to ask these girls about orgasm?

5    MR. [Doe 2]: I mean, I didn't

6  think about what the effect would be when I

7  asked this question.

8    MS. KRELOFF: You didn't have any idea

9  that it would make them have any kind of

10  discomfort from that?

11    MR. [Doe 2]: No, because the

12  people who I asked this question to are people

13  who I've known for like six and seven years.

14  And we've talked about these kind of things

15  before, and nothing happened.

16    MS. KRELOFF: So you're friends.

17    MR. [Doe 2]: Yeah.

18    MS. KRELOFF: So why if they're your

19  friends and you've known them so long would

20  they come forward and make --

21    MR. [Doe 2]: Because I don't think

22  the --

Page 47

1    MS. KRELOFF: Well, let me finish.
2    You're saying that these people have
3  been your friends for six years; right?
4    (Mr. [Doe 2] nods head.)
5    MS. KRELOFF: They have gone to school
6  staff, and they have made very serious
7  allegations. School staff says they have done
8  an investigation, and they found them credible.
9  You are now saying they are your friends. Why
10  would they say -- make these things up?
11    MR. [Doe 2]: Because I don't think
12  the person who went to school staff was part of
13  that conversation.
14    MS. KRELOFF: But these people in --
15  who were interviewed were. And they said that
16  you did these things. So I am unclear as to
17  why people you determine are friends would then
18  make allegations against you if they are not
19  true.
20    MR. [Doe 2]: One of the girls who
21  was in part of that conversation, we've had a
22  friendship where she has lied to me about so

Page 48

1  many things. And this conversation was before
2  the fact that I told her mother something that
3  she did, because her mother told me to keep
4  tabs on her, because she's lied about various
5  things, and they were serious topics.
6    MS. KRELOFF: Did you tell school
7  this?
8    MR. [Doe 2]: No.
9    MS. KRELOFF: Why not? When they were
10  investigating you for this, why did --
11    Is this the first you have heard of
12  this story?
13    MS. HOPPOCK: Yes.
14    MS. WATERMAN: Yes.
15    MS. KRELOFF: Okay. Why are you just
16  now telling this story?
17    MR. [Doe 2]: Because I wasn't sure
18  of who the person was that made the allegation.
19    MS. KRELOFF: No, [Doe 2], I'm sorry. It
20  doesn't add up. And I'm not trying to do
21  anything but get to the truth here. But I
22  think it's better you know what I'm thinking

Page 49

1  and get a chance to answer it; okay?
2    But if you have been friends with them
3  for six years, and they have gone to tell this
4  that they feel harassed that you did touch
5  them, I do not understand how all three of
6  these young ladies would make it up if they are
7  your friends.
8    MR. [Doe 2]: But I just said one
9  of them was the -- it was the commentary. It
10  wasn't the touching. The touching I just --
11  those people I just met this year. And I
12  didn't even touch one of them.
13    MS. KRELOFF: Okay. Then let me
14  rephrase. Why would any of these people go to
15  school staff and say you did these things if
16  you did not?
17    MR. [Doe 2]: Because the girl in
18  the library didn't view it as an accident. And
19  she didn't tell anybody for two weeks, gathered
20  a group of girls together -- and I have proof
21  of someone who overheard this conversation in
22  the hallway and then told me the day before I

Page 50

1  was pulled out of class. They told me that
2  they were discussing how to get me kicked off
3  the crew team.
4    MS. KRELOFF: But was it because they
5  felt harassed, or what was that about?
6    MR. [Doe 2]: They didn't -- she
7  didn't tell me, but they told me that there was
8  a group of girls talking about me because I
9  inappropriately touched a girl named [Student A].
10  And they were discussing how to get me kicked
11  off the crew team.
12    MS. KRELOFF: Okay. All right. I've
13  written that down. But that doesn't change the
14  fact that these people who you say are your
15  friends went to school staff and said some very
16  specific allegations. And you are just now
17  saying these things. Why didn't you tell any
18  of this to school staff as they were
19  investigating?
20    MR. [Doe 2]: I don't know why I
21  didn't say that.
22    MS. KRELOFF: Okay. I don't either.

**Page 51**

1  All right. Did you make comments
2  about your teammates' buttocks?
3  MR. [Doe 2]: Yes, to other boys on
4  the crew team.
5  MS. KRELOFF: You think that's
6  appropriate?
7  MR. [Doe 2]: If it's amongst boys.
8  MS. KRELOFF: Really?
9  MR. [Doe 2]: Yeah, because I'm not
10 the one who always initiates the conversations.
11 MS. KRELOFF: Who initiates is not
12 important. I'm asking you if you think that's
13 appropriate. You're in a school setting.
14 You're participating in a school activity. Why
15 would you talk about girls in this manner even
16 to boys?
17 MR. [Doe 2]: I guess everybody
18 does it.
19 MS. KRELOFF: Everybody does it. I
20 don't think everybody does it.
21 All right. Did you say a girl was
22 sexy?

**Page 52**

1  MR. [Doe 2]: No.
2  MS. KRELOFF: Did any of these girls
3  tell you to stop?
4  MR. [Doe 2]: No.
5  MS. KRELOFF: You told me in the
6  library --
7  MR. [Doe 2]: Except for [Student A]
8  after the fact that it happened. And nothing
9  transpired after that.
10 MS. KRELOFF: Okay. But, [Doe 2], do you
11 understand how it comes across when -- okay.
12 So no but then yes to the library situation.
13 Did you ever post anything about these
14 girls on social media?
15 MR. [Doe 2]: No.
16 MS. KRELOFF: Okay. What does it mean
17 when you said to school staff, I did not intend
18 to violate anyone?
19 MR. [Doe 2]: That means that I
20 wasn't doing it for a sexual purpose or for --
21 MS. KRELOFF: Doing what?
22 MR. [Doe 2]: Like making comments

**Page 53**

1  like this for a sexual purpose.
2  MS. KRELOFF: Well, if they're sexual
3  comments, what would be the purpose of it?
4  MR. [Doe 2]: Jokingly.
5  MS. KRELOFF: That doesn't change that
6  it's a sexual purpose.
7  So you were making comments, but why
8  would you say the word violate?
9  MR. [Doe 2]: Because I didn't know
10 it would have that kind of effect on them,
11 because, I mean, like other people who are my
12 friends have heard comments like this before,
13 and nothing's happening.
14 MS. KRELOFF: Usually when somebody
15 says I didn't intend to violate anyone, it's
16 talking about a physical way. I don't quite
17 understand what you meant by the use -- you're
18 a very articulate young man. You're very
19 intelligent. So I would think that your choice
20 of words was very keen here. And so what I'm
21 asking is, what does it mean, I didn't intend
22 to violate anyone?

**Page 54**

1  MR. [Doe 2]: It means that I
2  didn't intend to cross a, like, boundary that
3  wouldn't have been crossed but until after the
4  fact that apparently it was.
5  MS. KRELOFF: So you're saying that
6  you see that you did cross a boundary?
7  MR. [Doe 2]: Yeah.
8  MS. KRELOFF: One witness says you
9  were a close friend, but the harassment had
10 gotten too much since Christmas.
11 MR. [Doe 2]: We were never close
12 friends.
13 MS. KRELOFF: Do you know who said
14 this?
15 MR. [Doe 2]: Yeah.
16 MS. KRELOFF: Okay. So you're denying
17 the friendship?
18 MR. [Doe 2]: Yeah.
19 MS. KRELOFF: But just a few minutes
20 ago, you said these people are my friends.
21 MR. [Doe 2]: I meant one of the
22 people who was in the conversation about the

Page 55

1  tampon was my friend for six -- for seven
2  years.
3        MS. KRELOFF:  And which one was that?
4        MR. ███Doe 2███: Her name's ███M███
5        MS. KRELOFF:  ███M███  Okay.
6        MR. ANDERSON:  ███M███?
7        MS. KRELOFF:  I've got to look too,
8  because I don't --
9        MR. ANDERSON:  Well, the students that
10 reported the orgasm thing, there's no ███M███,
11 so it's other people that said they heard it.
12       And one question if I could just add
13 on top of your --
14       MS. KRELOFF:  Please, Mr. Anderson.
15       MR. ANDERSON:  I think you had
16 responded that you had only made the comments
17 about girls' butts and things like that to
18 other boys.
19       MR. ███Doe 2███: Yes.
20       MR. ANDERSON:  Okay.  So the female
21 students that are saying they hear you saying
22 these things like liking the view, that came

Page 56

1  from a female student that said this is what
2  you said in her presence, not that you were
3  talking to some boy, hey, I like the view, is
4  that just false?
5        MR. ███Doe 2███: Yes.
6        MR. ANDERSON:  Okay.  So and the
7  tampon comment, though, you made to ███M███
8        MR. ███Doe 2███: Yeah, to ███M███ and
9  one of her other friends named ███L███ who was
10 present.  Those are the only two girls that
11 I've made that comment to.
12       MR. ANDERSON:  Okay.  And who did you
13 make the fingering yourself comment to?
14       MR. ███Doe 2███: ██Student B██
15       MR. ANDERSON:  So you did make that
16 comment to her.
17       MR. ███Doe 2███: Yeah.
18       MR. ANDERSON:  But neither of the two
19 kids you mentioned about the tampon are the
20 ones that mentioned the --
21       MR. ███Doe 2███: I know.  That's why I
22 said I didn't -- I thought someone overheard

Page 57

1  it, and they just said that I said it to them.
2        MS. KRELOFF:  Let me just do a
3  follow-up with school.
4        Is it correct that two boys reported
5  ██Doe 2██ making verbal sexual comments or reported
6  verbal sexual misconduct to their coach?  Is
7  that accurate?
8        MS. WATERMAN:  They confirmed.  They
9  said they were aware of the situation.
10       MS. KRELOFF:  Did they actually
11 witness or hear of it, or do you know?
12       MS. HOPPOCK:  I do not know.
13       MS. KRELOFF:  But is it accurate that
14 they said they did report it?
15       MS. WATERMAN:  Yes.  Two boys came up
16 during this discussion and said they were aware
17 of the situation.  And the coach asked them not
18 to discuss it within their team.
19       MS. KRELOFF:  Okay.  So it's confirmed
20 they did come up.
21       MS. WATERMAN:  Correct.
22       MR. ANDERSON:  And not the coach

Page 58

1  sought it out.  Because when I read that
2  e-mail, it sounded as if after this came up the
3  coach was talking to the whole team just about
4  everybody behave, something broad like that.
5  And then two boys came up to the coach and said
6  something to the effect that we know what
7  you're talking about.  And one of them said,
8  I've seen ██Doe 2██ being super touchy, is the quote
9  that's in there somewhere.
10       MS. WATERMAN:  Correct.
11       MS. KRELOFF:  So that leads us, ██Doe 2██,
12 to we have two boys here who did go to your
13 coach and saying you've been touching these
14 girls.  What would you like to say to that?
15       MR. ███Doe 2███: I know exactly who
16 those two people are.
17       MS. KRELOFF:  Well, I don't, so --
18       MR. ███Doe 2███: I'm going to explain.
19       MS. KRELOFF:  Okay.  Please.
20       MR. ███Doe 2███: One of them is
21 ██Student A██'s brother.  And I knew that he was
22 one of them because, one, he blocked me on all

Transcript of hearing

Page 59

1 social media and text message and left any
2 group chats what I was in or kicked me out of
3 group chats that I was in. The other one is
4 G  R       He is one of [Student A]'s
5 brother's friends. [Student A]'s brother's name
6 is   B   by the way. And he has hated me
7 ever since crew season last year.
8        I don't know for what reason. But
9 anything that I say or do, he always
10 contradicts it in my presence. And I am with
11 him after school, because I don't have a ride
12 back to school, so I'm in the hallway sometimes
13 or walking back from the library. I just meet
14 up with him. And he just, like, comments
15 everything that I do.
16        MS. KRELOFF: Mr. Anderson, questions
17 for [Doe 2]?
18        MR. ANDERSON: No.
19        And just to be fair, I mean, when the
20 kid said super touchy in the incident report,
21 you clarified it as like touching her in the,
22 you know, back of the arms and lower back, not

Page 60

1 that any of the boys said I've seen him touch
2 breasts or bottoms or things like that.
3        MS. HOPPOCK: Correct.
4        MR. ANDERSON: So I just -- not that
5 you should be necessarily putting your hands on
6 kids. I mean, every once in a while you'll
7 shake somebody's hand or say how's it going,
8 pat, pat. But I'm hoping you're at least
9 hearing that --
10        MR. [Doe 2]: Yes.
11        MR. ANDERSON: -- you know, there's
12 people that are seeing things like this and
13 it's making them notice or at least feel
14 uncomfortable, you know, that led to that
15 confirmation. But I didn't want to imply that
16 any of the boys had said they had witnessed you
17 I guess what a term would be like a potential
18 sexual assault, anything of that nature.
19        MS. KRELOFF: Okay. Ms. DeFede, did
20 you want to ask --
21        MS. DEFEDE: I do.
22        So if we could go to the statements.

Page 61

1 So this one is [Student A]'s statement. Okay.
2 Is [Student A] your friend?
3        MR. [Doe 2]: No. She's an
4 acquaintance.
5        MS. DEFEDE: When did you -- why do
6 you describe her as an acquaintance?
7        MR. [Doe 2]: Because I met her
8 this year at a learn-to-row camp during
9 September and October. And I've known her
10 brother since last year. But I only met
11 [Student A] this year. And we don't have any
12 classes together. The only time I really talk
13 to her is if I see her in the hallway. I say
14 hi, [Student A] and stuff.
15        MS. DEFEDE: And when she saw you in
16 the hallway that day, she approached you. She
17 wanted to accompany you into the library.
18        MR. [Doe 2]: Uh-huh.
19        MS. DEFEDE: Did she appear fearful of
20 you in any way?
21        MR. [Doe 2]: No. She was like
22 pushing me in the hallway and laughing with me.

Page 62

1 And there's no fearful feeling in any way.
2        MS. DEFEDE: And when you all are
3 sitting at the computer lab and you're joking
4 around, are there other students around?
5        MR. [Doe 2]: Yes.
6        MS. DEFEDE: And do you -- you said
7 she felt bad about her grades, so you were
8 giving her a shove.
9        MR. [Doe 2]: Yeah. I wanted to
10 like put her spirits up, because she was laying
11 down, like, on the desk, and she just looked
12 like she was about to cry.
13        MS. DEFEDE: Okay. And so did you
14 start joking with her at that point?
15        MR. [Doe 2]: Yeah.
16        MS. DEFEDE: Okay. And during that
17 poking around time, you fully admit you
18 accidentally touched her?
19        MR. [Doe 2]: Yeah.
20        MS. DEFEDE: Did you grab her butt --
21        MR. [Doe 2]: No.
22        MS. DEFEDE: -- in the middle of the

Transcript of hearing

Page 63

1 library?

2     MR. [Doe 2]: No.

3     MS. DEFEDE: Did you pull on your

4 pants and show her your penis --

5     MR. [Doe 2]: No.

6     MS. DEFEDE: -- in the middle of the

7 library?

8     Okay. Did you know why she was upset

9 when she said chill out or don't do that again

10 or whatever it is she said when she left?

11     MR. [Doe 2]: Because my hand

12 touched her in her pelvic area.

13     MS. DEFEDE: Okay. Did you apologize

14 to her at the time? Did you react?

15     MR. [Doe 2]: No. I wanted to

16 apologize to her, but she just kept avoiding

17 me.

18     MS. DEFEDE: So now we have [Student B], is

19 that correct, with the fingernails?

20     MR. [Doe 2]: Uh-huh.

21     MS. DEFEDE: Okay. [R] has always

22 been a close -- or Ian has always been a close

Page 64

1 friend of mine.

2     Have you always been a close friend of

3 [Student B]?

4     MR. [Doe 2]: No.

5     MS. DEFEDE: When did you meet [Student B]?

6     MR. [Doe 2]: This year.

7     MS. DEFEDE: But from around before

8 winter break to now more in 2018, [Doe 2] has said

9 or touched me uncomfortably, commented on the

10 other girls on our team saying how big their

11 butts are, how nice they are.

12     How much time did you spend on the

13 crew team during the winter conditioning

14 season?

15     MR. [Doe 2]: Every day.

16     MS. DEFEDE: Okay. How about fall?

17     MR. [Doe 2]: One of the three

18 weeks.

19     MS. DEFEDE: Why?

20     MR. [Doe 2]: I had a sprained

21 ankle.

22     MS. DEFEDE: So for two weeks you were

Page 65

1 not participating.

2     MR. [Doe 2]: Two weeks I was not

3 participating.

4     MS. DEFEDE: Okay. So when she came

5 back from winter break, she was showing you her

6 fake nails. You know, why would she think you

7 were interested in her fake nails? Why was

8 that a conversation?

9     MR. [Doe 2]: I mean, I don't know.

10     MS. DEFEDE: Okay. And so when she

11 showed them to you, you all started commenting

12 about them and talking about them?

13     MR. [Doe 2]: Uh-huh.

14     MS. DEFEDE: Okay. Did she make --

15 why did you ask her this question?

16     MR. [Doe 2]: The question or

17 statement?

18     MS. DEFEDE: The statement, You'd cut

19 yourself if you fingered with those nails.

20     MR. [Doe 2]: Yeah. Okay. So --

21     MS. DEFEDE: Did you say that?

22     MR. [Doe 2]: Yes.

Page 66

1     MS. DEFEDE: Okay. Why?

2     MR. [Doe 2]: [G] he other two

3 weeks before -- around two weeks before this

4 incident happened, [G] made that same

5 comment to an older girl named [A] on our

6 team who's my coxswain, the person who steers

7 the boat. So and she got a kick out of it.

8 Like, nothing -- there was no discomfort of any

9 kind. And then when I said it to [Student B] she --

10 they didn't say anything except laugh and then

11 said, like, Oh, [Doe 2] stop it.

12     And that was the end of that

13 conversation. And everybody was laughing in

14 that whole friend group of hers, whatever.

15     MS. DEFEDE: So you were repeating

16 something that had earlier been said --

17     MR. [Doe 2]: Yeah.

18     MS. DEFEDE: -- for the crew team.

19     Does the crew team talk -- have a lot

20 of sexual conversations?

21     MR. [Doe 2]: Yes.

22     MS. DEFEDE: How frequently do members

**Page 67**

1  of the crew team have sexual conversations?
2      MR. [Doe 2]: Like, all the time,
3  because it's -- we're with members of the crew
4  team all the time especially in the spring.
5  And we're like with them every Saturday. And
6  all these things transpired during that.
7      MS. DEFEDE: Now, what about this
8  conversation regarding how much weight she,
9  which I guess is somebody's sister, had lost?
10  She still has a nice butt, noticed how much
11  smaller her boobs had gotten, and then you
12  nudged the side of her breast.
13      Did this conversation ever occur?
14      MR. [Doe 2]: No. But a
15  conversation about her sister did occur. One
16  of the conversations about her sister was she
17  said that, Oh, my sister only cares about her
18  butt.
19      And my comment was, Oh, that's all the
20  varsity girls. They care about their figure.
21      The other instance where we were
22  talking about her sister was when she told me

**Page 68**

1  that her sister got into ODU college, and I
2  said, Oh, congratulations.
3      That's the only time we ever talked
4  about her sister.
5      MS. DEFEDE: Okay. Did you ever tap
6  slash put your hand on her hip or butt?
7      MR. [Doe 2]: No.
8      MS. DEFEDE: So the next statement
9  then -- I don't know who this is. So since
10  crew green days about September 18th until
11  now --
12      But for two weeks you were gone.
13      MR. [Doe 2]: Uh-huh.
14      MS. DEFEDE: -- [Doe 2] has been
15  sexually harassing girls on the team. One
16  green day you were docking. You were wearing
17  Spandex.
18      Do you ever wear Spandex?
19      MR. [Doe 2]: Yes, but with shorts
20  on top of it.
21      MS. DEFEDE: Okay. So you have shorts
22  covering your Spandex.

**Page 69**

1      MR. [Doe 2]: Uh-huh.
2      MS. DEFEDE: Okay. He said, Hey guys,
3  look, or something like that, and grabbed his
4  genitals through his Spandex.
5      Did you ever do that?
6      MR. [Doe 2]: No.
7      MS. DEFEDE: He also asked me how a
8  girl doesn't orgasm when she puts a tampon in.
9      Tell me about that conversation. When
10  did you ever have conversations about tampons
11  with girls?
12      MR. [Doe 2]: In, like, right after
13  we got back from winter break, the first
14  week of January, sometime in that time frame.
15      MS. DEFEDE: Okay.
16      MR. [Doe 2]: So [M] came up to
17  me and asked do you know where so and so is. I
18  forget who she was asking for. She said that
19  she needed a tampon. And the other girl, [L]
20  who was sitting down arranging her bags and
21  stuff said -- she overheard the conversation
22  and said, Oh, [M] I have a tampon.

**Page 70**

1      And then we -- I was like, Why do you
2  need a tampon? And then I said, Hopefully not
3  a used one.
4      And we were starting to laugh. So I
5  made another comment about the orgasm. And we
6  were all still laughing. No one told me
7  anything. Then their practice started. And I
8  left to go do homework.
9      MS. DEFEDE: So these two girls were
10  comfortable enough in your presence that they
11  were discussing the need for tampons?
12      MR. [Doe 2]: Yeah.
13      MR. ANDERSON: And just for clarity,
14  though, this girl is not either of those two
15  girls. And this girl says that she was asked
16  directly by [Doe 2] -- asked her how does a girl --
17  how a girl doesn't orgasm, not that she
18  overheard it. And this girl says, As I was
19  sitting, I was next to [Student B]. And then he
20  looked at [Student B] and said that he liked the view
21  when the girls were stretching.
22      That that comment went to [Student B] and



**Page 71**

1   her.
2       MR. [Doe 2]: I never said that
3   comment.
4       MS. DEFEDE: Did you ever ask that
5   question about how a girl doesn't orgasm when
6   she puts a tampon in to anyone other than
7   [M] and [L]?
8       MR. [Doe 2]: No, only [M] and
9   [L].
10      MS. DEFEDE: So you had been
11  discussing with Ms. Kreloff about a situation
12  involving I believe it was [Student A]; is that
13  right?
14      MR. [Doe 2]: Ms. -- who?
15      MS. DEFEDE: Ms. Kreloff, your hearing
16  officer.
17      MS. KRELOFF: Me.
18      MR. [Doe 2]: Oh. Oh. Oh. I'm
19  sorry. Yes. Yes.
20      MS. DEFEDE: About a situation
21  involving [Student A] and her mom asking you to
22  keep an eye on her. Was that [Student A]?

**Page 72**

1       MR. [Doe 2]: Mikayla.
2       MS. DEFEDE: Was that [Student A]? Is
3   it [M]?
4       MR. [Doe 2]: [M] yes.
5       MS. DEFEDE: Okay. So when you were
6   interviewed with the school for the first time,
7   have you ever been in trouble before?
8       MR. [Doe 2]: No.
9       MS. DEFEDE: Was it safe to say you
10  were extremely nervous about being --
11      MR. [Doe 2]: Yes.
12      MS. DEFEDE: -- interviewed by the
13  school?
14      MR. [Doe 2]: Yes.
15      MS. DEFEDE: Okay. Were there a lot
16  of things that you forgot to tell the school?
17      MR. [Doe 2]:
18      MS. DEFEDE: Okay. So could you
19  explain more clearly this situation involving
20  Mikayla.
21      MR. [Doe 2]: Yeah. So [M] in
22  the end of 8th grade lied to me about her

**Page 73**

1   mother being abusive and that her father died
2   and that she was pregnant in the hospital and
3   that over that summer she was sex trafficked
4   and some pretty big, like, lies. And then
5   after that her mom was -- in 9th grade last
6   year was my ride to crew and back for some of
7   the days. And she asked me -- texted me
8   personally and said, Can you keep an eye on
9   [M], because there are some of these boys
10  who are in her class harassing. And with the
11  history that she's told you, which was totally
12  made up, she told me to -- informed me.
13      She called me sometimes. Her brother
14  called me on her mom's behalf sometimes. And
15  on this instance after this happened, [M]
16  was talking to this guy in the school about
17  drugs. So I told her mom. She got mad at me.
18  She's still mad at me. But this was after the
19  incident about the tampon happened.
20      MR. ANDERSON: And just for clarity,
21  I've never heard or read the name [M] I
22  mean, I can't tell you who's in this packet

**Page 74**

1   unfortunately. But was [M] anybody you
2   interviewed?
3       MS. HOPPOCK: No.
4       MR. ANDERSON: Had you heard about
5   [M]? Did [M] make any assertions that
6   [Doe 2] had been making inappropriate comments?
7       MS. HOPPOCK: No.
8       MR. ANDERSON: So certainly it's not
9   [M] retaliating against --
10      MR. [Doe 2]: Yeah.
11      MR. ANDERSON: -- him, being mad at
12  her or anything; right?
13      MS. HOPPOCK: Correct.
14      MR. [Doe 2]: But I'm saying
15  that --
16      MR. ANDERSON: Okay. Because I
17  thought you had said [Student A] as well. Like,
18  when Ms. DeFede said --
19      I thought you said it was [Student A]'s
20  mom that had asked you to keep an eye on
21  [Student A].
22      MR. [Doe 2]: No. It was

Page 75

1  Mikayla's.
2      MR. ANDERSON: Okay.
3      MR. ████████: That's why if I only
4  talked to █ L █ and █ M █, none of those names
5  are it. I never said that to anybody else.
6      MS. KRELOFF: All right. Thank you.
7      Is there anything else you want to say
8  about this incident?
9      (Mr. ████ shakes head.)
10     MS. KRELOFF: All right. We're going
11 to move on to the school record. Review of the
12 school record revealed that he's a 16-year-old
13 10th grade student. He has earned nine
14 academic credits, four verified credits and a
15 4.111 cumulative grade point average. His
16 semester grades were three A's and four A
17 minuses. I don't know how I dropped the minus
18 there. His third quarter interim grades ranged
19 from A to B plus.
20     Prior to the referral for disciplinary
21 action, he had a satisfactory attendance
22 record, and there were no offenses documented

Page 76

1  on his cumulative school discipline record.
2      Can you tell us what teachers are
3  saying about him.
4      MS. HOPPOCK: Absolutely. Teachers
5  describe ████ as a kind, well-mannered, eager
6  student who participates well in class, that he
7  is self-motivated. He contributes to class
8  discussions and activities and that he is
9  organized.
10     Almost all of the reports comment that
11 his academic behaviors are all very positive,
12 that he rarely has missing work. One teacher
13 referenced who has had him for two years that
14 she noticed that this year she's seen a little
15 bit more late work being submitted but still
16 attests to him as a strong academic participant
17 in class.
18     One teacher noted that every once in a
19 while he has a sarcastic sense of humor in
20 class. And one teacher commented that he had
21 poked a classmate requiring him to have a new
22 seat or that that was used as an intervention.

Page 77

1  The only disciplinary intervention that any
2  teacher referenced was moving him to the front
3  and center of the classroom in order to remove
4  him from the student that he had poked.
5      MS. KRELOFF: Could you explain about
6  the poked incident.
7      MS. HOPPOCK: Uh-huh. The teacher, as
8  I received that narrative, said that he had
9  noticed that this had happened, that the
10 student was distracted and appeared upset. And
11 as a result, he had moved ████'s seat. But that
12 was the entirety of that conversation.
13     MS. KRELOFF: Is this a male or a
14 female student he poked?
15     MS. HOPPOCK: A female student.
16     MS. KRELOFF: And do you know where he
17 poked her?
18     MS. HOPPOCK: I do not.
19     MS. KRELOFF: And has ████ ever been
20 asked about this besides by the teacher?
21     MS. HOPPOCK: No.
22     MS. KRELOFF: Okay. So that was a

Page 78

1  class incident that the teacher handled by just
2  moving --
3      MS. HOPPOCK: Yes.
4      MS. KRELOFF: Okay. Thank you.
5      Mr. Anderson, questions for school?
6      MR. ANDERSON: I have no questions.
7      MS. KRELOFF: Thank you.
8      All right. Ms. DeFede, do you have
9  questions for school?
10     MS. DEFEDE: For the follow-up, no,
11 for the school record.
12     MS. KRELOFF: All right. ████, was
13 what you heard, did that sound accurate?
14     MR. ████████: Yeah, but it was --
15 can I tell you, like, what happened?
16     MS. KRELOFF: Sure. Yeah.
17     MR. ████████: So she took my pencil
18 off my desk.
19     MS. KRELOFF: Oh, you're talking about
20 the poked incident.
21     MR. ████████: Yeah.
22     MS. KRELOFF: Okay. All right.

Page 79

1   MR. [Doe 2]: She took my pencil
2   off my desk and had headphones in. This was
3   during study hall in the morning. And I called
4   her name twice. Her name's [E] And she said
5   -- she didn't answer, so I poked her on the
6   shoulder. And then she said, What? Stop
7   poking me.
8       And then my teacher intervened and
9   overheard that, her saying stop poking me. And
10  then when he said, [Doe 2], stop poking her, I only
11  poked her once. And then I asked for my pencil
12  back when Mr. Holtman didn't -- like, was gone
13  or was not in our conversation anymore.
14      MS. KRELOFF: So she had just taken it
15  off your desk?
16      MR. [Doe 2]: Yeah.
17      MS. KRELOFF: [Doe 2] I'm going to make a
18  suggestion. It's probably better not to poke
19  people, you know, just in general.
20      So what do you want to do in life,
21  [Doe 2]?
22      MR. [Doe 2]: I want to do

Page 80

1   something in the sciences.
2       MS. KRELOFF: Like what?
3       MR. [Doe 2]: Doctor, engineer.
4       MS. KRELOFF: Okay. Those are two
5   diverse fields.
6       MR. [Doe 2]: They are.
7       MS. KRELOFF: What do you like better,
8   math or bio?
9       MR. [Doe 2]: Math.
10      MS. KRELOFF: Math?
11      MR. [Doe 2]: I was leaning towards
12  engineering, but -- or, yeah, engineering, but
13  then it's not all hands-on that much anymore.
14  It's really computerized, so --
15      MS. KRELOFF: Are you good with
16  computers?
17      MR. [Doe 2]: I mean, I'm, like,
18  okay I guess. I haven't that much more
19  than -- I like, like, chemistry and stuff.
20      MS. KRELOFF: Chemistry too? Okay.
21      All right. Any ideas about colleges?
22      MR. [Doe 2]: I was looking at UVA,

Page 81

1   Penn State.
2       MS. KRELOFF: Oh, don't do that.
3       MR. [Doe 2]: NYU. And then reach
4   schools are like MIT and Duke and those kind of
5   schools, which are really not easy, but --
6       MS. KRELOFF: Okay. Well, most things
7   that are worthwhile are not easy. I don't
8   think UVA is an easy entry either, so --
9       All right. Mr. Anderson, questions?
10      MR. ANDERSON: No.
11      MS. KRELOFF: Is there anything else
12  you want to say about your school record? No?
13      Do you do any other sports besides
14  crew?
15      MR. [Doe 2]: I do Taekwondo, but
16  it's not really a sport.
17      MS. KRELOFF: Taekwondo?
18      MR. [Doe 2]: Yeah.
19      MS. KRELOFF: Okay. All right. Thank
20  you.
21      Ms. DeFede, anything?
22      MS. DEFEDE: Yes. So this is a

Page 82

1   situation where [Doe 2] has very involved parents
2   who when they first heard these allegations had
3   the same thought the school had, which is
4   that's weird. That's not the sort of thing
5   [Doe 2]'s ever been accused of. I've never had any
6   sort of inclination of that.
7       So while they believe and support
8   their son, they also thought we need to verify
9   and make sure that we just haven't completely
10  missed something. Maybe for the last X number
11  of years we haven't had a good handle on our
12  son.
13      They did take him to be evaluated at
14  the Center for Clinical and Forensic Sciences.
15  And I have -- I've got two packets, one for
16  you, Mr. Anderson, one for you, Ms. Kreloff.
17  And there's a letter from Ms. Hunt in here
18  saying he has no issues. And they actually did
19  a session, a follow-up session, with Ms. Hunt
20  of just basically here are the boundaries,
21  here's what you need to be sensitive about, you
22  know, because this really is an issue of

Page 83

1  boundaries. This is not sexual harassment.
2  This is not women who were victimized at the
3  school. You know, this isn't the take down of
4  some power imbalance situation. This is just
5  [Doe 2], 10th grader, who participates on a
6  crew team that talks sexually all day long
7  every day, girls and boys.
8       They bring him in on conversations
9  regarding their bodies. They bring him in on
10 conversations regarding tampons, which is
11 beyond my imagination. They bring him in on
12 conversations regarding their new nails. And I
13 think that's what this was. This was a
14 boundary issue. This was a reading the
15 conversation turn issue, because [Doe 2] absolutely
16 denies any touching.
17      And so the flip side of that -- other
18 than the accidental touching of [Student A]. So
19 the flip side of that is that Mr. Pathak was
20 previously a patent attorney. And so he's
21 thinking, how do I repair my son's reputation?
22 This isn't [Doe 2]  What do I do in a he-said,

Page 84

1  she-said situation? And he sought out a
2  polygraph examiner. And I have those results
3  for you as well in the packet along with the
4  gentleman's resume. And the polygraph came
5  back absolutely as no deception. He asked him
6  these questions. Did you touch these girls?
7       The answer is no.
8       Did you sexually touch these girls?
9       No, I did not do that.
10      And he took them twice to make sure
11 that all of the allegations that were raised in
12 the packet were addressed. And so it is a bit
13 of a unique situation where you have these
14 comments and these allegations where if you
15 have three people saying one thing, how can he
16 possibly defend himself. And this is really
17 the only tool at his disposal is the polygraph.
18      And it's [Doe 2] reputation. And [Doe 2]'s
19 reputation is fantastic. He is working towards
20 becoming an Eagle Scout. This is the first
21 time he's ever been in trouble at school. He
22 does not -- he does not present as a predator.

Page 85

1  He does not present as someone who is
2  harassing, who is violating, who is doing any
3  of those things. He is the guy that girls are
4  comfortable enough with to go asking for
5  tampons in front of him.
6       And I truly do believe that with this
7  one session with Ms. Hunt who is very good at
8  her job, any of [Doe 2]s lack of ability to read
9  the room or read what was going on or truly
10 know who was his friend and who wasn't, I think
11 that that's really going to assist that and
12 that there is not going to be -- there will be
13 no further issues from [Doe 2].
14      But I do have those results in here,
15 the polygraph results. I have Ms. Hunt's
16 letter. And then I have a lot of character
17 letters from people out in the community who
18 know [Doe 2] well. And one of the -- the one on
19 top is from his Boy Scout troop leader who
20 talks about the work [Doe 2] is doing. He's
21 currently a Life Scout. He's actively working
22 towards the Eagle Scouts.

Page 86

1  He is your ideal FCPS student. He is
2  in all honors classes. He is going to take AP
3  classes next year. He has kept his head above
4  water this entire time. And this situation
5  arose. And I do think it's unfortunate,
6  because it is an important thing. Sexual
7  harassment is very important. And it's
8  important in the schools. And it's important
9  for you to prevent it. But it's also not a
10 tool to be used against somebody.
11      And I think that that's where you have
12 the situation where [Doe 2] -- I don't see this as
13 being a pervasive problem. I don't see this as
14 something where he was -- even if you accept
15 what they said is true, we have just a few
16 incidents that are pulled out with some dates
17 that we don't particularly know. And some of
18 that time [Doe 2] wasn't even participating on the
19 team.
20      If you take what he admits to which is
21 I was poking [Student A]. We were messing around
22 because she had bad grades, and I accidentally

**Page 87**

1  touched her in her crotch or pelvic area.  And
2  he admits to discussing girls in the locker
3  room, which while that may not be appropriate,
4  under no circumstances would I want to relive
5  every conversation I had as a teenager either,
6  because having inappropriate conversations is,
7  frankly, just par for the course.
8      And that doesn't mean that the girls
9  don't have the right to have a safe educational
10 environment as you all raised.  They absolutely
11 do.  But I think it all has to be taken into
12 context.  And you have to read these
13 allegations against all the other underworkings
14 under the surface of the teenagers in the
15 school.  You have to weigh it against [Doe 2] as an
16 individual.  And you also have to weigh it
17 against the actions that the parents took to
18 get these polygraph examinations to try to
19 rebuild his reputation, because it's very
20 important to [Doe 2] that people don't think this
21 of him, that they don't think that he is a
22 sexual harasser, that they don't think that he

**Page 88**

1  is trying to victimize other girls.  This is
2  not -- he has a lot of women in his life that
3  are very strong women.  And this is just not
4  who he wants people to think he is.
5      And with social media and the tweets
6  and things as they are today, I don't know that
7  his reputation can be repaired when someone
8  makes an allegation like this against you.  But
9  he is going to do everything he can for the
10 school side and for you all to present this
11 information to you now so that you can see
12 truly [Doe 2] is not a sexual harasser.  And what
13 he did does not rise to the level necessitating
14 a transfer in school or alternative school or a
15 long-term suspension beyond what he's already
16 had certainly.
17     And I know, Ms. Kreloff, you said
18 expulsion is very rare and off the table.  But
19 that's my concern.  My concern is that this is
20 the nuclear reaction to a situation where what
21 [Doe 2] has done his entire life didn't get weighed
22 against these allegations.  Who [Doe 2] is when he

**Page 89**

1  denied these allegations didn't get taken fully
2  into consideration.
3      And I do acknowledge and [Doe 2]
4  acknowledges that he was nervous, because if
5  you've never been in trouble before, and now
6  you're being pulled in and questioned in this
7  manner, absolutely he doesn't know what to say.
8  If he knew what to say, he'd be the kind of kid
9  who got in trouble all the time, because he'd
10 be practiced at it.  And he just didn't think
11 you all were interested and was just trying to
12 make sure that he could talk to his parents so
13 that he knew what to do, because it was an
14 unfamiliar situation.
15     So I wish he would have told you about
16 all the other undercurrents of the crew team.
17 And I wish he would have told you about how
18 sexual that crew team is and how all of those
19 comments go back and forth, because the context
20 is very important when you're looking at sexual
21 harassment.  [Doe 2] is not a threat to your
22 school.  He is not a threat to these girls.

**Page 90**

1      I did want to just clarify two things
2  which is [Doe 2] didn't make a statement, so the
3  quotes are just quotes taken and pulled from
4  the conversation in whatever manner they want
5  it to be.  And in the teacher's -- not the
6  teacher's, the coach's e-mail when she says two
7  boys walked up and said they were familiar with
8  the situation, they said they were familiar
9  with the situation, they didn't say I know
10 exactly what you're talking about.  I've seen
11 [Doe 2] do that too.  It's [Student A]'s brother
12 saying, Yeah, I've heard about it, because it's
13 [Student A]'s brother and [Student A]'s brother's
14 best friend.  And so they undoubtedly heard
15 about it from [Student A].
16     But I do think that's different than
17 boys on a team seeing someone else do something
18 and feeling like they couldn't stop it or
19 feeling like they had to turn him in.  That's
20 not what that was.  That was just [Student A]'s
21 brother, [Student A]'s friend saying, oh, yeah, I
22 heard about this from [Student A].

Page 91

1  So that's what I'm going to -- I'm
2  asking today that [Doe 2] not receive any further
3  discipline, because I don't believe that this
4  recommendation was warranted based on what he
5  did and what it's likely he did, because it's
6  just, frankly, highly unlikely that he sat in a
7  library and he grabbed [Student A] 's breast and
8  he grabbed her butt or grabbed -- I'm sorry --
9  grabbed her crotch, grabbed her butt and tried
10 to show his penis in the library. That's just
11 unlikely that that happened.
12     And I think those details are
13 important for you to know when you're looking
14 at an allegation of someone just took this too
15 far and added a few too many things that
16 couldn't possibly have occurred in a crowded
17 library with multiple other students around.
18 And so that's what we're asking for today is
19 that he does have the opportunity to return to
20 his school, that there is no further
21 discipline.
22     And that whether or not the parents

Page 92

1  should choose that that school is not an
2  appropriate place for [Doe 2] anymore because his
3  reputation is so badly damaged at this point,
4  that you let them make that decision themselves
5  as opposed to as a discipline decision.
6     MS. KRELOFF: Sir, ma'am, we have
7  until 3 o'clock. What would you like for us to
8  know?
9     MR. [Doe 1] : Just a couple of
10 small things. I read the statements once we
11 got the redacted package. And during the
12 conversation we had with our son in the
13 presence of Ms. Hoppock, we sort of got a --
14 I'd consider it a vague sort of distorted
15 picture. We still couldn't put together who
16 was where, when and what was happening.
17 Confusing to me. Confusing to my wife.
18 Certainly confusing to my son.
19     What he told me was he used a poke
20 finger to reach at [Student A] , whatever it was.
21 It was not a hand. And that on my asking a
22 further question, I said, How could you

Page 93

1  accidentally touch somebody in that part of the
2  body? And I said, Show me.
3     He finally said, Well, we were sitting
4  down.
5     That's the first time I even heard
6  sitting down. They weren't standing. They
7  weren't next to each other. They weren't close
8  to each other. So I think --
9     And correct me if I'm wrong. You were
10 sitting in a chair?
11     MR. [Doe 2] : Yes.
12     MR. [Doe 1] : She was sitting in a
13 chair?
14     MR. [Doe 2] : Yes.
15     MR. [Doe 1] : Okay. And whatever
16 happened -- the poking part happened. As she
17 was sitting in a chair, she poked you. You
18 poked back. Her arm was on your shoulder.
19     MR. [Doe 2] : Yes.
20     MR. [Doe 1] : So the only place
21 you could poke her would be like obviously not
22 up here. It's below that point. And you poked

Page 94

1  her. You said that --
2     MR. [Doe 2] : She fell back before
3  my hand even --
4     MR. [Doe 1] : Let me finish.
5  She lost her balance, fell back.
6     MR. [Doe 2] : Yeah.
7     MR. [Doe 1] : And her pelvis may
8  have come close to your hand, and you were
9  aware you contacted. It was certainly not what
10 you did. And I actually think it was the other
11 way around.
12     The other part was, if she was seated
13 the whole time, her butt was in contact with
14 the chair. How could he have touched her butt?
15 I don't get that at all. Makes no sense to me.
16     And you know, Ms. Hoppock, I even said
17 it to you, I said, If I thought for a second he
18 had done any of this stuff, I wouldn't sit here
19 defending him.
20     I've asked for computer log-in data,
21 video data, any other corroboration. Certainly
22 there were other people there. He never denied

| Page 95 | Page 97 |
|---|---|

**Page 95**

1  that. He said the touching --
2  Was it [Student B] that was supposedly in
3  class?
4  MR. [Doe 2]: She said it was in
5  class.
6  MR. [Doe 1]: I don't know what
7  she said exactly.
8  MR. [Doe 2]: Yes.
9  MR. [Doe 1]: And what time do you
10  typically arrive in class?
11  MR. [Doe 2]: Early.
12  MR. [Doe 1]: Okay. So what time
13  does that class start?
14  MR. [Doe 2]: Like 9:40.
15  MR. [Doe 1]: And so are you in
16  your seat by what time?
17  MR. [Doe 2]: Like 9:36.
18  MR. [Doe 1]: Okay. And your seat
19  is in the front or back of the room?
20  MR. [Doe 2]: Front.
21  MR. [Doe 1]: Okay. And where
22  does [Student A] sit? Or not [Student A]

**Page 96**

1  MR. [Doe 2]: [Student B] sits in the
2  middle.
3  MR. [Doe 1]: Behind you
4  somewhere; is that right?
5  MR. [Doe 2]: I sit here if this is
6  the door, and [Student B] sits over there.
7  MR. [Doe 1]: Okay. And has she
8  always sat there?
9  MR. [Doe 2]: No. After --
10  MR. [Doe 1]: Well, let me ask the
11  question. So when did she -- did she get moved
12  at some point?
13  MR. [Doe 2]: Yeah.
14  MR. [Doe 1]: And when did that
15  happen?
16  MR. [Doe 2]: The date -- the
17  Spanish class before I was pulled out of class,
18  so the 13th.
19  MR. [Doe 1]: Okay. 13th or 14th;
20  is that right?
21  MR. [Doe 2]: Yes.
22  MR. AJAY PATHAK: And where was she

**Page 97**

1  moved to?
2  MR. [Doe 2]: I was moved here, and
3  she was moved here.
4  MR. [Doe 1]: Next to you.
5  MR. [Doe 2]: Yes.
6  MR. [Doe 1]: Okay. So this was
7  after the reporting but before you got pulled
8  out of class.
9  MR. [Doe 2]: Yes.
10  MS. KRELOFF: Sir, I just want to make
11  you cognizant of time. Your attorney has, you
12  know, has asked these questions.
13  MR. [Doe 1]: Well, I'm just as a
14  father, I mean, I've crossed questioned him.
15  Nothing adds up. And I'll tell you that if I
16  thought he had done something, I would not
17  defend him; okay? He would be in a military
18  school all boys yesterday. It's just not going
19  to happen in my house.
20  MS. KRELOFF: Thank you, sir.
21  Ma'am.
22  MS. [Jane Doe]: As I first said

**Page 98**

1  to Ms. Hoppock when we talked was that none of
2  this made any sense to me. It was so far out
3  of left field, because this is not the [Doe 2] I
4  know. Everything that we've seen over the
5  years, he's an extremely engaged individual,
6  extremely engaged student. He has a zest for
7  life for somebody as young as he is. And he's
8  always looking to help people. I think some of
9  the character references you'll find say the
10  same. I'm sorry. I'm emotional because
11  I'm his mother.
12  MS. KRELOFF: I completely understand.
13  MS. DEFEDE: Well, I will say they
14  wrote a statement out for you too.
15  So I just want to take the pressure
16  off of you that you can turn that in.
17  MS. KRELOFF: Absolutely.
18  MS. DEFEDE: So they did write that
19  out so you get a better sense of [Doe 2].
20  MS. KRELOFF: Certainly.
21  MR. [Doe 1]: And it's unfortunate
22  these kind of things happen. But I think -- I

**Page 99**

1  can't explain it. I don't know. Maybe the
2  young lady has had -- somebody else has abused
3  her in the past. I have no clue, you know. We
4  haven't spoken to anyone outside of -- just the
5  teachers and the counselors.
6      He has gotten some requests for, ▓Doe 2▓
7  what do you have to say for yourself? And he
8  even said -- before he even came here, he said,
9  Dad, I don't want to add to the drama. So I
10 told the guys, listen, I've not done the things
11 alleged. But I'm not going to comment, because
12 there's enough drama as it is.
13     MS. DEFEDE: Well, and I would say
14 just because I think that --
15     Can I see your statement, please, so I
16 can hand that to Ms. Kreloff.
17     You know, students always get a little
18 bit more comfortable as the hearing goes on.
19 So in these last two minutes, I did want to
20 give ▓Doe 2▓ a chance to leave you with a more
21 accurate impression of who he is as a student.
22     MS. KRELOFF: Thank you.

**Page 100**

1  ▓Doe▓, what would you like to say?
2      MR. ▓Doe 2▓: Well, I just want to
3  say that, like, education to me is not --
4      Okay. So thank you for giving me the
5  opportunity to represent myself. I would like
6  to tell you a little bit about who I am. I've
7  been in the FCPS system since 4th grade --
8      MR. ▓Doe 1▓: ▓Doe 2▓, slow down a
9  little bit.
10     MS. DEFEDE: It's okay. I just
11 want --
12     MS. KRELOFF: It's okay.
13     MR. ▓Doe 2▓: -- and have had a
14 connection both to Sangster Elementary and Lake
15 Braddock. Education is extremely important to
16 me. And both schools have provided me with the
17 academic setting that has kept me challenged in
18 a good way. To me education is engaging and
19 learning various types of materials so that one
20 can pursue a career in any field of their
21 choice.
22     In middle school I obtained a GPA of

**Page 101**

1  4.25. And as of now I have a GPA of 4.11 as
2  you previously stated. In addition to school,
3  I pursue other interests such as rowing,
4  singing, Taekwondo, musical theater and Boy
5  Scouts. I've won awards for being top vocalist
6  at a regional competition. And then last year
7  I won Virginia State rowing championships with
8  a group of eight boys that were on my team.
9      I hope that this information tells you
10 something about my character and who I am. And
11 I always try to be a good person and help my
12 friends and family whenever I can. I do
13 realize now that in some ways I am still
14 immature and behave goofily. I feel that I
15 must be -- use better judgement especially with
16 the respect and using sensitive language and
17 being aware of others' perception about things.
18 I hope I can continue to attend classes at Lake
19 Braddock where my academic and extracurricular
20 interests can be fully met.
21     I'd like to say that my parents have
22 always taught me to strive to improve and

**Page 102**

1  behave in a manner that does not disappoint the
2  school, them or myself. No good can come from
3  dwelling on who did what or accused me of
4  certain things, but it is best to focus on the
5  changes I can make and make my parents and
6  family proud.
7      MS. KRELOFF: Okay. Thank you.
8  Well-written.
9      All right. Well, we have the issue of
10 the suspension appeal. I have been sitting
11 here, Ms. DeFede. As you probably are
12 guessing, I would like an opportunity to look
13 at the information along with Mr. Anderson
14 today before I rule on that.
15     So what we are going to do at this
16 point is I'm going to basically stop rather
17 than conclude with a decision on that. Mr.
18 Anderson and I hopefully will have a chance
19 this afternoon to review this information. And
20 then I will contact you by e-mail. If he -- I
21 want to give him the benefit of the doubt. So
22 I do want to read all of this. But then I will

**Page 103**

1  contact you in terms of whether the suspension
2  is extended or not. Currently walking out of
3  here, it is not.
4      MR. ANDERSON: Well, no, the waiver --
5  what does the waiver read? I believe it says
6  that he will remain out of school until a final
7  decision is made.
8      MS. KRELOFF: Right.
9      MR. ANDERSON: So if we aren't able to
10  get it to you by 4:30 today, because I have a
11  letter I need to try to get out by 4:30
12  today --
13      MS. KRELOFF: Oh, okay.
14      MR. ANDERSON: -- it might not be
15  until Monday that we're able to communicate
16  more on the suspension appeal side rather than
17  a full decision.
18      MS. KRELOFF: That's fine. I didn't
19  realize, Mr. Anderson. I apologize.
20      MR. ANDERSON: No. It's okay. But
21  it's a lot to read in an hour and a half.
22      MS. KRELOFF: That is true. And you

**Page 104**

1  have things.
2      But I do not -- I want you to
3  understand, this is not a decision on my part.
4  It is just me trying to make sure that we have
5  all the facts before we make a ruling; okay?
6      Yes, sir.
7      MR. [Doe 1]: Did we relay the
8  incident where you came to the defense of the
9  young lady at rowing camp this summer?
10      MS. KRELOFF: All right. If you wish
11  to add something, unfortunately we've got more
12  hearings starting.
13      MS. DEFEDE: It's in the letter.
14      MR. [Doe 1]: It's in the letter.
15  Okay.
16      MS. KRELOFF: But I -- we will review
17  all of this. I will get in touch with you as
18  soon as possible on this; okay?
19      Ms. DeFede, do you have anything? No?
20      [Doe 2], thank you.
21      Everyone, thank you for coming. I
22  will make -- I will inform you and update you

**Page 105**

1  as soon as we possibly can. It may, as Mr.
2  Anderson said, be Monday. I unfortunately did
3  not take his schedule into consideration.
4      All right. Thank you all for coming.
5  This hearing is closed.
6      (Whereupon, at 3:01 p.m., the hearing
7      in the above-entitled matter was
8      concluded.)

**Page 106**

1      C E R T I F I C A T E
2  COMMONWEALTH OF VIRGINIA AT LARGE:
3      I, Karen M. Smith, a stenographic reporter
4  and notary public in and for the Commonwealth
5  of Virginia at large do hereby certify that the
6  foregoing was reported by stenographic means by
7  me, which matter was held on the date and at
8  the time and place set forth on the title page
9  hereof, and that the foregoing constitute a
10  true and accurate transcript of same to the
11  best of my ability.
12      I further certify that I am not related to
13  any of the parties, nor am I an employee of or
14  related to any of the attorneys representing
15  the parties, and I have no financial interest
16  in the outcome of this matter.
17      Given under my hand and seal this 13th day
18  of March, 2018
19                  Karen Smith
20                  K
21  My Commission Expires
   December 31, 2014

**WORD INDEX**

**< 1 >**
**1:34**  1:*1*
**102**  2:*4*
**10th**  75:*13*  83:*5*
**12th**  12:*15*
**13th**  96:*18*, 19
 106:*17*
**14th**  96:*19*
**16-year-old**  75:*12*
**18th**  68:*10*

**< 2 >**
**20110**  2:*4*
**2014**  106:*21*
**2018**  1:*1*  64:*8*
 106:*18*
**2601**  4:*20*
**260496**  106:*19*

**< 3 >**
**3**  92:*7*
**3:01**  105:*6*
**31**  106:*21*

**< 4 >**
**4.11**  101:*1*
**4.111**  75:*15*
**4.25**  101:*1*
**4:30**  103:*10, 11*
**4th**  100:*7*

**< 8 >**
**8115**  1:*1*
**8th**  72:*22*

**< 9 >**
**9**  1:*1*
**9:36**  95:*17*
**9:40**  95:*14*
**9315**  2:*4*
**9th**  73:*5*

**< A >**

**ability**  24:*20*  85:*8*
 106:*11*
**able**  28:*2*  103:*9*,
 15
**above-entitled**
 105:*7*
**Absolutely**  12:*13*
 40:*21*  76:*4*  83:*15*
 84:*5*  87:*10*  89:*7*
 98:*17*
**abused**  99:*2*
**abusive**  73:*1*
**academic**  75:*14*
 76:*11, 16*  100:*17*
 101:*19*
**accept**  9:*3*  86:*14*
**accident**  42:*5*
 49:*18*
**accidental**  83:*18*
**accidentally**  18:*3*
 44:*8*  45:*2, 3*
 62:*18*  86:*22*  93:*1*
**accompany**  61:*17*
**account**  23:*16*
**accurate**  6:*17, 17,*
 17  7:*12, 12, 12*
 33:*1*  38:*16, 17, 17,*
 18  57:*7, 13*  78:*13*
 99:*21*  106:*10*
**accused**  11:*10, 12*
 82:*5*  102:*3*
**acknowledge**  26:*7*
 89:*3*
**acknowledges**  89:*4*
**acquaintance**  61:*4,*
 6
**act**  5:*5*
**action**  4:*18*  5:*9*
 75:*21*
**actions**  5:*11*  25:*7*
 87:*17*
**actively**  85:*21*
**activities**  36:*9*
 76:*8*

**activity**  51:*14*
**actual**  25:*13*
**add**  48:*20*  55:*12*
 99:*9*  104:*11*
**added**  91:*15*
**addition**  29:*10*
 36:*6*  101:*2*
**address**  8:*17*
 9:*10*  11:*6*
**addressed**  84:*12*
**adds**  97:*15*
**adjacent**  14:*21*
 15:*3*  18:*8*
**Administration**
 1:*1*  2:*4*  12:*17*
 20:*11*
**administration's**
 20:*17*
**administrative**
 4:*17*
**administrator**  13:*3*
**admit**  17:*20*
 18:*20*  62:*17*
**admits**  86:*20*  87:*2*
**afternoon**  12:*14*
 102:*19*
**agency**  28:*2*
**ago**  54:*20*
**air**  34:*1*
**Doe 1**  2:*4*  4:*7, 7*
 8:*12*  9:*12, 21*
 10:*4*  43:*2*  92:*9*
 93:*12, 15, 20*  94:*4,*
 7  95:*6, 9, 12, 15,*
 18, 21  96:*3, 7, 10,*
 14, 19, 22  97:*4, 6,*
 13  98:*21*  100:*8*
 104:*7, 14*
**allegation**  22:*6*
 28:*14*  30:*18*
 32:*17, 18*  48:*18*
 88:*8*  91:*14*
**allegations**  17:*18*
 18:*5*  26:*17*  38:*22*
 47:*7, 18*  50:*16*

**82:2**  84:*11, 14*
 87:*13*  88:*22*  89:*1*
**alleged**  99:*11*
**allegedly**  34:*22*
**allow**  40:*6, 19*
 41:*10*
**allowed**  3:*5*
**alternative**  5:*18*
 11:*21*  35:*10, 11,*
 17, 20  88:*14*
**Amanda**  2:*3*  4:*9*
**Anderson**  2:*10*
 4:*1, 1*  5:*1*  6:*13*
 7:*3*  10:*12, 17, 18*
 23:*21, 22*  24:*11*
 26:*11, 12*  37:*16,*
 18, 21  38:*4*  55:*6,*
 9, 14, 15, 20  56:*6,*
 12, 15, 18  57:*22*
 59:*16, 18*  60:*4, 11*
 70:*13*  73:*20*  74:*4,*
 8, 11, 16  75:*2*
 78:*5, 6*  81:*9, 10*
 82:*16*  102:*13, 18*
 103:*4, 9, 14, 19, 20*
 105:*2*
**Angela**  66:*5*
**ankle**  64:*21*
**announce**  8:*18*
**anonymous**  23:*16*
**answer**  49:*1*  79:*5*
 84:*7*
**answers**  6:*22*
**anybody**  26:*21*
 28:*3*  49:*19*  74:*1*
 75:*5*
**anybody's**  37:*22*
**anymore**  25:*15*
 79:*13*  80:*13*  92:*2*
**AP**  86:*2*
**apologize**  37:*10*
 63:*13, 16*  103:*19*
**apparently**  54:*4*
**appeal**  9:*5, 6*

102:*10*  103:*16*
**appealing** 11:*4*
**appear** 61:*19*
**APPEARANCES**
2:*1*
**appeared** 77:*10*
**approached** 13:*3*
61:*16*
**appropriate** 5:*6*
35:*12, 18, 20*  46:*4*
51:*6, 13*  87:*3*
92:*2*
**area** 18:*11*  40:*17*
63:*12*  87:*1*
**arm** 93:*18*
**arms** 59:*22*
**arose** 86:*5*
**arranging** 69:*20*
**arrive** 95:*10*
**articulate** 53:*18*
**A's** 75:*16*
**asked** 23:*13*
28:*16*  33:*12*
42:*15*  46:*7, 12*
57:*17*  69:*7, 17*
70:*15, 16*  73:*7*
74:*20*  77:*20*
79:*11*  84:*5*  94:*20*
97:*12*
**asking** 32:*6*
51:*12*  53:*21*
69:*18*  71:*21*  85:*4*
91:*2, 18*  92:*21*
**assault** 60:*18*
**assert** 28:*9*
**assertions** 74:*5*
**assist** 85:*11*
**Assistant** 2:*12*
3:*18*  12:*18*  17:*17*
**Associate** 2:*12*
3:*20*
**assuming** 33:*21*
**atmosphere** 15:*21*
21:*22*  22:*1*  33:*16*

**attend** 101:*18*
**attendance** 75:*21*
**attention** 13:*8*
20:*18*  36:*21*
**attests** 76:*16*
**at-this-time** 37:*18*
**attorney** 4:*9*  6:*19*
7:*5, 22*  8:*2*  9:*9,
13*  38:*13*  83:*20*
97:*11*
**attorneys** 106:*14*
**Aunt** 2:*4*  4:*4*
7:*22*
**average** 75:*15*
**avoiding** 63:*16*
**awards** 101:*5*
**aware** 22:*12*  57:*9,
16*  94:*9*  101:*17*
**awry** 9:*20*

**< B >**
**back** 22:*7, 19*
43:*22*  44:*1, 2*
59:*12, 13, 22, 22*
65:*5*  69:*13*  73:*6*
79:*12*  84:*5*  89:*19*
93:*18*  94:*2, 5*
95:*19*
**bad** 62:*7*  86:*22*
**badly** 92:*3*
**bags** 69:*20*
**balance** 94:*5*
**based** 4:*19*  91:*4*
**basically** 21:*21*
40:*19*  82:*20*
102:*16*
**becoming** 84:*20*
**began** 12:*22*
**Behalf** 2:*2, 4, 11*
73:*14*
**behave** 58:*4*
101:*14*  102:*1*
**behaviors** 13:*6, 21*
14:*1*  76:*11*

**believe** 16:*18*
20:*9*  21:*17*  35:*11*
71:*12*  82:*7*  85:*6*
91:*3*  103:*5*
**belly** 40:*16*  43:*22*
**benefit** 102:*21*
**best** 8:*7*  17:*11*
20:*4*  22:*14*  31:*13*
90:*14*  102:*4*
106:*11*
**better** 48:*22*
79:*18*  80:*7*  98:*19*
101:*15*
**beyond** 83:*11*
88:*15*
**big** 64:*10*  73:*4*
**bigger** 29:*18*
**bio** 80:*8*
**bit** 76:*15*  84:*12*
99:*18*  100:*6, 9*
**blocked** 58:*22*
**board** 3:*4*  5:*20*
**boat** 31:*14, 16, 19*
66:*7*
**boats** 31:*11, 15*
**bodies** 14:*4*  21:*7*
29:*21*  30:*10, 14*
33:*8*  34:*8, 10, 21*
35:*1, 2*  39:*14*
83:*9*
**body** 93:*2*
**boobs** 67:*11*
**bottom** 13:*12*
15:*4, 4*  18:*8*
**bottoms** 33:*17, 20*
60:*2*
**boundaries** 82:*20*
83:*1*
**boundary** 54:*2, 6*
83:*14*
**boy** 56:*3*  85:*19*
101:*4*
**boys** 51:*3, 7, 16*
55:*18*  57:*4, 15*
58:*5, 12*  60:*1, 16*

73:*9*  83:*7*  90:*7,
17*  97:*18*  101:*8*
**Braddock** 3:*18, 20*
5:*14, 16, 17*  11:*19*
26:*9*  100:*15*
101:*19*
**Brandon** 59:*6*
**break** 11:*17*  64:*8*
65:*5*  69:*13*
**breast** 14:*21*  18:*8*
19:*15*  29:*7*  32:*21*
40:*13*  41:*1*  67:*12*
91:*7*
**breasts** 14:*17, 19*
40:*8*  45:*13*  60:*2*
**breath** 44:*17*
**briefly** 12:*17*
**bring** 16:*9*  20:*17*
83:*8, 9, 11*
**broad** 58:*4*
**brother** 58:*21*
61:*10*  73:*13*
90:*11, 13, 21*
**brother's** 59:*5, 5*
90:*13*
**brought** 6:*12*
7:*20*  13:*8*  16:*10*
20:*10*  36:*21*
**building** 24:*21*
**bunch** 31:*10, 11*
**busy** 8:*22*
**butt** 28:*6, 9, 21*
29:*18*  30:*19*
32:*19, 22*  62:*20*
67:*10, 18*  68:*6*
91:*8, 9*  94:*13, 14*
**buttocks** 40:*8, 13*
41:*7*  51:*2*
**button** 40:*16*
43:*22*
**butts** 55:*17*  64:*11*

**< C >**
**called** 15:*2*  73:*13,*

*14* 79:3
camp 61:8 104:*9*
care 10:*16* 67:20
career 100:*20*
cares 67:*17*
Casamo 3:*8*
case 5:4, *19, 19, 22*
6:*13* 20:8 21:*13*
25:*10* 39:5
caught 44:*4*
cause 21:*13*
caused 33:*4*
causes 37:*19*
celebrities 39:*11*
Center 2:*4* 77:3
82:*14*
certain 102:*4*
certainly 3:*11*
10:*18* 36:*12* 74:*8*
88:*16* 92:*18* 94:*9,
21* 98:*20*
certainty 25:*19*
certify 106:5, *12*
cetera 24:*19*
chair 44:*1* 93:*10,
13, 17* 94:*14*
challenged 100:*17*
championships
101:*7*
chance 7:*16* 49:*1*
99:*20* 102:*18*
change 50:*13* 53:5
changes 102:5
character 85:*16*
98:*9* 101:*10*
charges 37:*10*
38:*1, 5*
chats 59:*2, 3*
check 9:*19* 10:7
chemistry 80:*19,
20*
chest 14:*20*
chill 13:*15* 63:*9*
choice 36:*12*

53:*19* 100:*21*
choices 11:*16*
choose 92:*1*
chooses 6:*21*
Christmas 54:*10*
Church 1:*1, 1*
circumstances 87:*4*
cited 33:*10*
claims 28:5
clarified 59:*21*
clarify 28:*16*
34:*16* 90:*1*
clarity 70:*13*
73:*20*
class 14:*11* 16:*8*
26:5 50:*1* 73:*10*
76:6, *7, 17, 20*
78:*1* 95:*3, 5, 10,
13* 96:*17, 17* 97:*8*
classes 61:*12*
86:*2, 3* 101:*18*
classmate 76:*21*
classmates 13:*10*
classroom 77:3
clearly 72:*19*
Clinical 82:*14*
close 8:*7* 18:*7*
54:*9, 11* 63:*22, 22*
64:*2* 93:*7* 94:*8*
closed 105:5
clue 99:*3*
coach 37:3 57:6,
*17, 22* 58:*3, 5, 13*
coaches 36:*22*
coach's 90:*6*
cognizant 97:*11*
college 68:*1*
colleges 80:*21*
come 6:*2* 8:*20*
12:*8* 20:*11* 42:*15*
46:*20* 57:*20* 94:*8*
102:*2*
comes 52:*11*
comfortable 34:*19*
70:*10* 85:*4* 99:*18*

coming 31:*11*
104:*21* 105:*4*
commencing 1:*1*
comment 34:*1, 3,
4* 45:*12, 18* 56:*7,
11, 13, 16* 66:5
67:*19* 70:5, *22*
71:3 76:*10* 99:*11*
commentary 49:*9*
commented 14:*12*
64:*9* 76:*20*
commenting 65:*11*
comments 13:*22*
14:4 15:*7, 8, 17*
16:*16, 20* 17:*10,
18* 18:*21* 21:*6, 7*
25:*4, 4* 33:*8, 10,
16* 34:*7, 11, 14, 22*
35:*16* 36:*1* 39:*19,
21* 41:*15* 51:*1*
52:*22* 53:*3, 7, 12*
55:*16* 57:5 59:*14*
74:6 84:*14* 89:*19*
Commission
106:*19*
commit 5:5
Commonwealth
1:*1* 106:*2, 4*
communicate
103:*15*
community 85:*17*
compelled 20:*11*
competition 101:*6*
complained 24:*6*
completely 82:*9*
98:*12*
computer 26:*20*
42:*22* 43:*8* 62:*3*
94:*20*
computerized
80:*14*
computers 80:*16*
concern 10:5
13:*13* 15:5 20:*13*

35:*13* 36:*9, 11*
88:*19, 19*
concerning 16:*6*
32:*4*
concerns 23:*18*
conclude 102:*17*
concluded 105:*8*
conditioning 16:*1*
64:*13*
conduct 4:*16* 33:*6*
confirm 18:*18*
33:*12*
confirmation 60:*15*
confirmed 16:*11*
17:*4* 57:*8, 19*
confused 44:*20*
Confusing 92:*17,
17, 18*
congratulations
68:*2*
connection 100:*14*
consider 4:*17*
92:*14*
consideration
23:*12* 89:*2* 105:*3*
considering 37:*22*
constitute 106:*9*
contact 18:*2* 28:*1*
94:*13* 102:*20*
103:*1*
contacted 94:*9*
context 14:*14*
87:*12* 89:*19*
continue 21:*18*
28:*8* 101:*18*
continued 13:*4*
continuous 33:*7*
contradicts 59:*10*
contributes 76:*7*
conversation
14:*14* 15:*14*
29:*14, 22* 30:*1, 5,
7* 32:*9, 12* 34:*12*
35:*4* 46:*1* 47:*13,
21* 48:*1* 49:*21*

54:22  65:8  66:13
67:8, 13, 15  69:9,
21  77:12  79:13
83:15  87:5  90:4
92:12
**conversations**
14:6  19:1, 2
34:10  46:2  51:10
66:20  67:1, 16
69:10  83:8, 10, 12
87:6
**cool**  13:15
**copy**  10:13, 13
**correct**  11:14
19:20, 22  20:1
22:1  29:11  38:6,
6  57:4, 21  58:10
60:3  63:19  74:13
93:9
**corroboration**
94:21
**counselors**  99:5
**County**  11:21
**couple**  33:14  92:9
**course**  14:1  26:18,
20  27:19  87:7
**COURT**  3:21, 22
**covering**  68:22
**coxswain**  66:6
**created**  7:7
**credible**  17:14
47:8
**credits**  75:14, 14
**crew**  19:5, 6, 7
29:17  31:2, 7
36:22  37:3  50:3,
11  51:4  59:7
64:13  66:18, 19
67:1, 3  68:10
73:6  81:14  83:6
89:16, 18
**cross**  54:2, 6
**crossed**  16:6
21:21  54:3  97:14

**crotch**  13:12
18:11, 19  28:6, 10,
18, 22  29:1  32:17,
19  40:9, 13  41:21
42:5  45:7  87:1
91:9
**crowded**  91:16
**cry**  62:12
**cultivated**  15:20
**culture**  25:8
**cumulative**  75:15
76:1
**current**  36:4
**currently**  85:21
103:2
**cursed**  44:16
**curvy**  14:8
**cut**  13:14  65:18

**< D >**
**dad**  4:8  99:9
**damaged**  92:3
**data**  94:20, 21
**date**  3:10  96:16
106:7
**dates**  86:16
**day**  13:1, 1, 3
25:17  33:13
49:22  61:16
64:15  68:16  83:6,
7  106:17
**days**  8:21  33:14
68:10  73:7
**dealing**  24:21
**December**  15:1
106:21
**deception**  84:5
**decision**  6:5  8:18,
19, 20  9:2, 3  92:4,
5  102:17  103:7,
17  104:3
**DeFede**  2:3, 3  4:9,
9  8:3, 6, 11  9:14,
17  10:8  26:13, 15
27:3, 6, 14  28:4, 8,

12, 19, 21  29:4, 9,
13  30:8, 13, 17, 22
31:18, 21  32:5, 11,
15  33:3  34:6, 18
35:6, 8, 17  36:4,
14, 22  37:6  38:9,
11  43:4  60:19, 21
61:5, 15, 19  62:2,
6, 13, 16, 20, 22
63:3, 6, 13, 18, 21
64:5, 7, 16, 19, 22
65:4, 10, 14, 18, 21
66:1, 15, 18, 22
67:7  68:5, 8, 14,
21  69:2, 7, 15
70:9  71:4, 10, 15,
20  72:2, 5, 9, 12,
15, 18  74:18  78:8,
10  81:21, 22
98:13, 18  99:13
100:10  102:11
104:13, 19
**defend**  84:16
97:17
**defending**  94:19
**defense**  104:8
**defer**  8:3  12:10
**degree**  25:19
**denied**  18:5  89:1
94:22
**denies**  83:16
**denying**  38:21
39:1  54:16
**describe**  61:6
76:5
**describing**  14:7
34:10
**deserve**  25:1
**desk**  43:16  62:11
78:18  79:2, 15
**details**  91:12
**determine**  5:4, 7,
8  6:4  11:16
47:17

**determined**  16:4
**devices**  3:8
**died**  73:1
**different**  34:15
90:16
**difficult**  27:14
**directly**  16:19
22:18  70:16
**disappoint**  102:1
**disciplinary**  4:18
5:9, 11  75:20
77:1
**Discipline**  1:1
76:1  91:3, 21
92:5
**discomfort**  21:18
46:10  66:8
**discuss**  30:14
34:20, 20, 21  57:18
**discussing**  29:21
32:16  50:2, 10
70:11  71:11  87:2
**discussion**  30:9
35:2  57:16
**discussions**  76:8
**disgusting**  21:4
**display**  33:21
**disposal**  84:17
**distorted**  92:14
**distracted**  77:10
**diverse**  80:5
**division**  3:15  5:2
16:12
**dock**  31:4, 10
32:16  41:22
**docking**  31:7
68:16
**Doctor**  80:3
**document**  26:8
**documented**  75:22
**documents**  9:11
**doing**  10:22
11:10  52:20, 21
85:2, 20
**door**  96:6

doubt 38:13 102:21
drama 99:9, 12
dropped 75:17
drugs 73:17
due 24:3
Duke 81:4
dwelling 102:3

< E >
eager 76:5
Eagle 84:20 85:22
earlier 66:16
Early 95:11
earned 75:13
easy 81:5, 7, 8
education 25:20 100:3, 15, 18
educational 87:9
effect 13:16 46:6 53:10 58:6
eight 31:16 101:8
Eileen 2:12 3:17
either 37:2 50:22 70:14 81:8 87:5
Elementary 100:14
e-mail 9:10 58:2 90:6 102:20
e-mailed 9:11
e-mailing 9:8
emotional 24:20 25:3 98:10
employee 106:13
enforced 26:9
engaged 98:5, 6
engagement 3:9
engaging 4:21 100:18
engineer 80:3
engineering 80:12, 12
entered 30:6, 6
entire 86:4 88:21
entirety 77:12

entry 81:8
environment 87:10
␣ 79:4
especially 15:2 67:4 101:15
Esquire 2:3
et 24:19
evaluated 82:13
everybody 51:17, 19, 20 58:4 66:13
Everybody's 4:15
exactly 58:15 90:10 95:7
examinations 87:18
examiner 84:2
example 33:17 34:4
Excellent 11:2
exchange 27:8
excruciatingly 8:22
expected 36:16
experience 21:18 25:3
experienced 16:22
experts 7:20
Expires 106:19
explain 58:18 72:19 77:5 99:1
explaining 42:7
exposed 28:14
express 21:5
expressed 13:13 15:5 20:13 38:1
expressly 20:20
Expulsion 5:21, 21 12:1 88:18
extended 103:2
external 24:19
extra 35:19
extracurricular 101:19
extremely 72:10 98:5, 6 100:15

eye 71:22 73:8 74:20

< F >
faced 44:2
fact 18:1 27:22 45:11 48:2 50:14 52:8 54:4
facts 104:5
fair 59:19
Fairfax 11:20
fake 15:10 29:15 65:6, 7
fall 16:1 64:16
Falls 1:1, 1
false 39:3, 7 56:4
familiar 90:7, 8
families 37:11
family 3:9 4:10 101:12 102:6
fantastic 84:19
far 36:14, 17 91:15 98:2
Father 2:4 7:21 73:1 97:14
FCPS 1:1 2:4, 11 22:6, 22 26:3 86:1 100:7
fearful 61:19 62:1
February 12:15
feel 21:14 41:16 49:4 60:13 101:14
feeling 43:14 62:1 90:18, 19
fell 43:22 44:2 94:2, 5
felt 16:11 20:11 30:11 34:19 35:15 50:5 62:7
female 19:14 55:20 56:1 77:14, 15
females 15:16

field 98:3 100:20
fields 80:5
figure 67:20
final 103:6
finally 93:3
financial 106:15
find 17:13 98:9
findings 16:9, 10
fine 8:8 9:21 14:19 103:18
finger 44:3, 5 92:20
fingered 15:12 65:19
fingering 56:13
fingernails 29:6 39:20 63:19
finish 47:1 94:4
finished 6:16 7:10 43:10 44:16
first 5:3 6:11 8:5, 6, 14 11:8, 9 26:19 36:19 38:15 42:20 44:21 48:11 69:13 72:6 82:2 84:20 93:5 97:22
five 8:21
flip 83:17, 19
focus 102:4
folders 43:3
follow 37:16
follow-up 26:11 57:3 78:10 82:19
foregoing 106:6, 9
Forensic 82:14
foresee 5:22
forget 8:9 37:9 69:18
forgot 72:16
forth 89:19 106:8
forward 6:13 15:19 46:20
found 17:17 47:8
founded 17:19

four  5:*10*  11:*16, 22*  75:*14, 16*
frame  30:*20*  69:*14*
frankly  87:7  91:*6*
frequently  14:*3*  66:*22*
Friday  1:*1*
friend  54:9  55:*1*  61:*2*  64:*1, 2*  66:*14*  85:*10*  90:*14, 21*
friends  29:*16*  46:*16, 19*  47:*3, 9, 17*  49:*2, 7*  50:*15*  53:*12*  54:*12, 20*  56:9  59:5  101:*12*
friendship  47:*22*  54:*17*
front  34:*10, 19*  77:2  85:5  95:*19, 20*
full  103:*17*
fully  62:*17*  89:*1*  101:*20*
further  85:*13*  91:*2, 20*  92:*22*  106:*12*
future  35:*21*

< G >
███ G ███  59:4  66:*2, 4*
Gatehouse  1:*1*
gather  8:*19*
gathered  49:*19*
general  15:*17*  39:*10*  79:*19*
genital  18:*11*
genitals  31:*4*  32:*20*  69:*4*
gentleman's  84:*4*
gestured  28:*17, 22*
girl  32:7, *21*  40:*22*  41:7  45:*15*

49:*17*  50:9  51:*21*  66:5  69:*8, 19*  70:*14, 15, 16, 17, 18*  71:*5*
girls  19:*10*  29:*16, 18, 21*  31:2  34:*3*  36:*18*  41:*22*  45:*13*  46:4  47:*20*  49:*20*  50:8  51:*15*  52:2, 14  55:*17*  56:*10*  58:*14*  64:*10*  67:*20*  68:*15*  69:*11*  70:*9, 15, 21*  83:7  84:*6, 8*  85:3  87:*2, 8*  88:*1*  89:*22*
girl's  41:*4*  42:*4*
give  10:*13*  99:*20*  102:*21*
given  25:*19*  106:*17*
giving  62:8  100:*4*
go  8:*1*  11:*19, 21*  24:*21*  41:*18*  42:*20*  49:*14*  58:*12*  60:*22*  70:8  85:*4*  89:*19*
God  43:*12*
goes  99:*18*
going  3:*12*  6:5, *11, 16*  7:*6, 8, 8, 11*  9:*20*  36:7  37:*2*  38:9  42:*13, 14*  58:*18*  60:7  75:*10*  79:*17*  85:*9, 11, 12*  86:2  88:9  91:*1*  97:*18*  99:*11*  102:*15, 16*
good  43:*13, 16*  80:*15*  82:*11*  85:7  100:*18*  101:*11*  102:*2*
goofily  101:*14*
gotten  14:*17*  54:*10*  67:*11*  99:*6*

GPA  100:*22*  101:*1*
grab  62:*20*
grabbed  28:*6, 9, 21*  31:4  32:*17, 19*  69:*3*  91:*7, 8, 8, 9, 9*
grade  72:*22*  73:5  75:*13, 15*  100:*7*
grader  83:*5*
grades  43:*9, 10, 12, 15, 18*  62:*7*  75:*16, 18*  86:*22*
great  10:*15*
greatly  25:*15*
green  68:*10, 16*
gross  21:*4*
group  25:7  29:*20*  49:*20*  50:8  59:*2, 3*  66:*14*  101:*8*
groups  28:*1*
guess  51:*17*  60:*17*  67:9  80:*18*
guessing  102:*12*
guy  73:*16*  85:*3*
guys  39:*9, 12*  44:*21*  69:2  99:*10*

< H >
hacked  10:*5*
half  103:*21*
hall  79:*3*
hallway  39:*11*  42:*11, 12*  49:*22*  59:*12*  61:*13, 16, 22*
hand  30:*19*  32:*22*  60:7  63:*11*  68:*6*  92:*21*  94:*3, 8*  99:*16*  106:*17*
handle  82:*11*
handled  78:*1*
hands  60:*5*
hands-on  80:*13*
happen  18:*9*  96:*15*  97:*19*  98:*22*

happened  6:*12*  19:3  26:*22*  32:*13*  45:*11*  46:*15*  52:8  66:4  73:*15, 19*  77:*9*  78:*15*  91:*11*  93:*16, 16*
happening  21:*6*  37:5  53:*13*  92:*16*
harass  41:*10*
harassed  30:*11*  38:*20*  49:4  50:*5*
harasser  87:*22*  88:*12*
harassing  31:*2*  36:*17*  68:*15*  73:*10*  85:*2*
harassment  4:*22*  11:*13*  15:*21*  16:5  22:*10*  23:*4, 5, 18*  25:*4, 5*  26:3  33:*5*  35:*14, 21*  36:*20*  54:9  83:*1*  86:7  89:*21*
hated  59:*6*
head  47:4  75:*9*  86:*3*
headphones  79:*2*
hear  55:*21*  57:*11*
heard  16:*19*  34:*15*  38:*16*  48:*11*  53:*12*  55:*11*  73:*21*  74:4  78:*13*  82:2  90:*12, 14, 22*  93:*5*
Hearing  1:*1*  2:*4, 10*  3:*3, 4, 14*  4:*2, 17*  10:*20*  11:*3, 5*  24:*3*  60:*9*  71:*15*  99:*18*  105:*5, 6*
hearings  104:*12*
he'd  89:*8, 9*
held  106:*7*
help  98:8  101:*11*
helpful  22:*18*

hereof 106:9
he-said 83:22
hey 13:14 56:3
69:2
hi 61:14
high 5:16 11:20,
21
highly 91:6
hip 15:3 18:7
30:19 32:22 41:4
68:6
history 24:4 73:11
holiday 15:10
Holtman 79:12
homework 70:8
honors 86:2
hope 101:9, 18
Hopefully 70:2
102:18
hoping 60:8
Hoppock 2:12
3:17, 17 12:10, 14
16:17 17:2, 7, 11,
15, 22 18:12, 22
19:5, 8, 12, 16, 20
20:1, 4, 9, 21
21:11, 15, 20 22:2,
5, 14, 17 23:3, 9,
20 24:10 27:1, 5,
9, 17 28:7, 11, 16,
20 29:2, 8, 12
30:4, 12, 16, 21
31:13, 20, 22
32:10, 14 33:2, 7
34:15 35:5, 7, 13,
22 36:5, 19 37:3,
12, 20 38:3, 6
48:13 57:12 60:3
74:3, 7, 13 76:4
77:7, 15, 18, 21
78:3 92:13 94:16
98:1
hospital 73:2
hour 103:21

hours 27:13
house 97:19
how's 60:7
humor 76:19
Hunt 82:17, 19
85:7
Hunt's 85:15

< I >
[Doe 2] 1:1, 1 4:11,
11, 13 7:14 11:1,
11, 18 12:4, 20
13:9, 11 14:5, 9
15:12 16:7 17:20,
22 18:1, 12, 18
20:14 22:10 23:4
24:6 25:6, 21
26:6, 17 28:5
30:11 31:3 32:17
34:7, 11, 19 35:9,
12, 20 36:7, 11, 16,
20 37:15 38:7, 18
39:1, 8, 15, 19
40:1, 10, 15 41:2,
5, 8, 11, 13, 17
42:1, 6, 9 43:7
44:10, 14 45:5, 10,
14, 17, 20, 22 46:5,
11, 17, 21 47:4, 11,
20 48:8, 17, 19
49:8, 17 50:6, 20
51:3, 7, 9, 17 52:1,
4, 7, 10, 15, 19, 22
53:4, 9 54:1, 7, 11,
15, 18, 21 55:4, 19
56:5, 8, 14, 17, 21
57:5 58:8, 11, 15,
18, 20 59:17
60:10 61:3, 7, 18,
21 62:5, 9, 15, 19,
21 63:2, 5, 11, 15,
20, 22 64:4, 6, 8,
15, 17, 20 65:2, 9,
13, 16, 20, 22 66:2,
11, 17, 21 67:2, 14

68:7, 13, 14, 19
69:1, 6, 12, 16
70:12, 16 71:2, 8,
14, 18 72:1, 4, 8,
11, 14, 17, 21 74:6,
10, 14, 22 75:3, 9
76:5 77:19 78:12,
14, 17, 21 79:1, 10,
16, 17, 21, 22 80:3,
6, 9, 11, 17, 22
81:3, 15, 18 82:1
83:5, 15, 22 84:18
85:13, 18, 20
86:12, 18 87:15,
20 88:12, 21, 22
89:3, 21 90:2, 11
91:2 92:2 93:11,
14, 19 94:2, 6
95:4, 8, 11, 14, 17,
20 96:1, 5, 9, 13,
16, 21 97:2, 5, 9
98:3, 19 99:6, 20
100:1, 2, 8, 13
104:20
[Doe 2]'s 4:4, 6, 8
25:6 29:21 30:9,
15 36:14 77:11
82:5 84:18 85:8
idea 46:8
ideal 86:1
ideas 80:21
identifiable 22:19
identified 25:10
identify 22:15
27:9, 15
imagination 83:11
imbalance 83:4
immature 101:14
impact 24:14
25:16
impacted 25:11
imply 60:15
important 51:12
86:6, 7, 8, 8 87:20

89:20 91:13
100:15
impression 99:21
improper 4:21
18:6 22:9 36:2
improve 101:22
inappropriate
11:12 14:2, 11
16:15, 22 23:19
25:5, 22 33:6
74:6 87:6
inappropriately
12:20 15:6 19:10
38:19 40:7 50:9
incident 6:7, 10
12:19 13:7, 19
20:12 24:16
27:16 29:11 33:4,
18 36:20 44:16
59:20 66:4 73:19
75:8 77:6 78:1,
20 104:8
incidents 14:8, 11
15:18 17:3 25:13
29:10 32:15 33:9
86:16
inclination 37:22
82:6
included 14:2
15:8
incorrect 19:19
indicate 32:8
indicating 29:20
individual 26:5
28:4 29:6 87:16
98:5
individually 27:20
individuals 24:22
inform 104:22
information 8:20
13:20 88:11
101:9 102:13, 19
informed 73:12
initially 13:8

15:*19*  18:*12, 16*
initiated  29:*14*
initiates  51:*10, 11*
injured  15:*13*
instance  17:*4*
67:*21*  73:*15*
instructional  16:*7*
25:*12*
intelligent  53:*19*
intend  18:*14*
52:*17*  53:*15, 21*
54:*2*
interest  38:*2*
106:*15*
interested  65:*7*
89:*11*
interests  101:*3, 20*
interim  75:*18*
internal  24:*18*
intervened  79:*8*
intervention  76:*22*
77:*1*
interview  12:*22*
13:*4*  31:*18*
interviewed  13:*2*
16:*3*  17:*16*  47:*15*
72:*6, 12*  74:*2*
introductions  3:*13*
investigate  22:*11*
23:*6*
investigating
48:*10*  50:*19*
investigation
19:*11*  23:*8*  26:*21*
47:*8*
investigative  27:*19*
involved  13:*9*
82:*1*
involving  12:*20*
15:*14*  36:*20*
71:*12, 21*  72:*19*
issue  5:*22*  21:*19*
82:*22*  83:*14, 15*
102:*9*

issues  27:*18*
82:*18*  85:*13*
its  22:*7*

**< J >**
J.D  2:*10*  4:*1*
January  15:*2*
69:*14*
job  85:*8*
joining  35:*3*
jokes  14:*2*  21:*6*
joking  21:*2, 2*
29:*19*  44:*21*  62:*3,*
*14*
Jokingly  53:*4*
judgement  101:*15*

**< K >**
Karen  1:*1*  3:*21*
106:*3, 19*
Student A  40:*16*
42:*16, 19*  43:*12,*
*17*  50:*9*  52:*7*
61:*2, 11, 14*  71:*12,*
*21, 22*  72:*2*  74:*17,*
*21*  83:*18*  86:*21*
90:*15, 22*  92:*20*
95:*22, 22*
Student A 's  58:*21*
59:*4, 5*  61:*1*
74:*19*  90:*11, 13,*
*13, 20, 21*  91:*7*
keen  53:*20*
keep  43:*5*  48:*3*
71:*22*  73:*8*  74:*20*
keeping  25:*16*
kept  63:*16*  86:*3*
100:*17*
kick  66:*7*
kicked  50:*2, 10*
59:*2*
kid  59:*20*  89:*8*
kidding  13:*16*
kids  56:*19*  60:*6*

kind  29:*6*  34:*3*
36:*17*  46:*9, 14*
53:*10*  66:*9*  76:*5*
81:*4*  89:*8*  98:*22*
knew  58:*21*  89:*8,*
*13*
knock  13:*14*
20:*22*  21:*8*
know  3:*7*  5:*12*
6:*1, 5, 6, 7, 8*  7:*17*
8:*7*  26:*1*  30:*2, 5,*
*19*  31:*14*  33:*13*
34:*6, 8, 18, 21*
35:*5, 7*  36:*6, 8*
37:*4*  38:*3*  43:*19*
48:*22*  50:*20*  53:*9*
54:*13*  56:*21*
57:*11, 12*  58:*6, 15*
59:*8, 22*  60:*11, 14*
63:*8*  65:*6, 9*  68:*9*
69:*17*  75:*17*
77:*16*  79:*19*
82:*22*  83:*3*  85:*10,*
*18*  86:*17*  88:*6, 17*
89:*7*  90:*9*  91:*13*
92:*8*  94:*16*  95:*6*
97:*12*  98:*4*  99:*1,*
*3, 17*
knowledge  17:*12*
20:*5*  31:*14*
known  25:*21*
46:*13, 19*  61:*9*
Kreloff  2:*4*  3:*2,*
*14*  4:*12, 14*  7:*15*
8:*8, 16*  9:*16, 18,*
*22*  10:*6, 15, 19*
11:*2, 14*  12:*2, 5,*
*11*  16:*14, 21*  17:*6,*
*8, 13, 20*  18:*10, 20*
19:*4, 7, 9, 13, 17,*
*22*  20:*2, 6, 19*
21:*9, 12, 16, 21*
22:*3, 12, 20*  23:*1,*
*7, 10, 21*  24:*13*
25:*18*  26:*10, 13*

37:*8, 13, 17*  38:*7,*
*12, 21*  39:*4, 13, 18,*
*22*  40:*2, 11, 18*
41:*3, 6, 9, 12, 14,*
*18*  42:*2, 8*  43:*6*
44:*7, 12, 20*  45:*8,*
*12, 15, 18, 21*  46:*3,*
*8, 16, 18*  47:*1, 5,*
*14*  48:*6, 9, 15, 19*
49:*13*  50:*4, 12, 22*
51:*5, 8, 11, 19*
52:*2, 5, 10, 16, 21*
53:*2, 5, 14*  54:*5, 8,*
*13, 16, 19*  55:*3, 5,*
*7, 14*  57:*2, 10, 13,*
*19*  58:*11, 17, 19*
59:*16*  60:*19*
71:*11, 15, 17*  75:*6,*
*10*  77:*5, 13, 16, 19,*
*22*  78:*4, 7, 12, 16,*
*19, 22*  79:*14, 17*
80:*2, 4, 7, 10, 15,*
*20*  81:*2, 6, 11, 17,*
*19*  82:*16*  88:*17*
92:*6*  97:*10, 20*
98:*12, 17, 20*
99:*16, 22*  100:*12*
102:*7*  103:*8, 13,*
*18, 22*  104:*10, 16*

**< L >**
lab  26:*20*  62:*3*
lack  85:*8*
ladies  12:*15*  13:*1,*
*2*  14:*4, 6, 10*  16:*8*
18:*2*  20:*10, 13*
33:*8, 17, 19*  35:*15*
36:*1*  49:*6*
lady  13:*11*  14:*16*
17:*5*  18:*7*  20:*13*
99:*2*  104:*9*
lady's  14:*18*
Lake  3:*18, 20*
5:*14, 15, 17*  11:*19*

26:9  100:14
101:18
language  101:16
LARGE  106:2, 5
late  76:15
laugh  66:10  70:4
laughing  43:20
  44:19  61:22
  66:13  70:6
Laura  2:12  3:19
Law  2:3
laying  62:10
leader  85:19
leads  58:11
leaning  80:11
learning  100:19
learn-to-row  61:8
leave  99:20
led  16:9  60:14
left  33:20  45:11
  59:1  63:10  70:8
  98:3
legitimately  31:9
length  27:15
letter  9:1, 6  11:4
  82:17  85:16
  103:11  104:13, 14
letters  85:17
level  26:5  33:4
  35:19  88:13
library  13:10
  18:5  20:12  26:20,
  22  28:5, 15, 19
  29:1, 10  32:18
  42:10, 15, 22
  49:18  52:6, 12
  59:13  61:17  63:1,
  7  91:7, 10, 17
lie  17:9  20:3
lied  47:22  48:4
  72:22
lies  73:4
life  79:20  85:21
  88:2, 21  98:7

liked  70:20
liking  55:22
▮L▮  56:9  69:19
  71:7, 9  75:4
listen  3:10  6:14,
  20, 21  12:7  99:10
little  76:14  99:17
  100:6, 9
located  1:1
lockdowns  24:19
locker  87:2
log-in  94:20
long  20:16  46:19
  83:6
long-term  88:15
look  31:12  38:13
  55:7  69:3  102:12
looked  30:2
  62:11  70:20
looking  26:16, 17
  43:11  80:22
  89:20  91:13  98:8
looks  31:6
losing  45:15
lost  14:13, 16
  67:9  94:5
lot  14:13, 17
  66:19  72:15
  85:16  88:2
  103:21
low  43:14
lower  15:3  18:7
  59:22

< M >
ma'am  22:2  92:6
  97:21
mad  73:17, 18
  74:11
making  18:21
  34:13, 22  52:22
  53:7  57:5  60:13
  74:6
male  19:19  20:2

77:13
males  18:21
man  53:18
Manassas  2:4
manner  30:15
  33:20  51:15  89:7
  90:4  102:1
March  1:1  106:18
masturbation  15:9
materials  100:19
math  80:8, 9, 10
matter  5:1  105:7
  106:7, 16
McIntyre  2:3
mean  18:16  20:7
  46:5  52:16  53:11,
  21  59:19  60:6
  65:9  73:22  80:17
  87:8  97:14
meaning  14:7
means  5:3, 5  40:8
  52:19  54:1  106:6
meant  18:13
  33:12  42:11
  53:17  54:21
media  22:4  23:14
  52:14  59:1  88:5
meet  42:12  59:13
  64:5
member  12:16
members  66:22
  67:3
mentioned  56:19,
  20
message  59:1
messing  86:21
met  17:22  42:10
  49:11  61:7, 10
  101:20
middle  28:5, 15
  62:22  63:6  96:2
  100:22
▮M▮  55:4, 5, 6,
  10  56:7, 8  69:16,
  22  71:7, 8  72:1, 3,

4, 20, 21  73:9, 15,
  21  74:1, 5, 5, 9
  75:4
▮M▮'s  75:1
military  97:17
mind  33:5
mine  26:18  64:1
minus  75:17
minuses  75:17
minutes  54:19
  99:19
misconduct  5:6
  17:21  57:6
missed  82:10
missing  76:12
MIT  81:4
mom  4:6  71:21
  73:5, 17  74:20
moments  10:11
mom's  73:14
Monday  103:15
  105:2
months  14:1
morning  79:3
Mother  2:4  7:21
  48:2, 3  73:1
  98:11
motivation  20:7
move  7:6  40:5
  75:11
moved  77:11
  96:11  97:1, 2, 3
moving  77:2  78:2
multiple  91:17
musical  101:4

< N >
nails  15:10  29:15
  34:20  65:6, 7, 19
  83:12
name  3:13  22:16,
  17  59:5  73:21
  79:4
named  50:9  56:9

66:5
names 28:3 75:4
name's 55:4 79:4
Nancy 2:4 3:14
narrative 77:8
nature 14:3 15:7
24:3 25:5, 14
33:7 36:10 39:17
41:15 60:18
near 11:5
necessarily 60:5
necessitating 88:13
need 5:12 6:5, 6,
7, 8 70:2, 11 82:8,
21 103:11
needed 22:11
23:6 69:19
neither 56:18
nervous 72:10
89:4
network 27:18
never 8:13 18:13
38:19 44:10
54:11 71:2 73:21
75:5 82:5 89:5
94:22
new 76:21 83:12
News 22:6, 22
nice 64:11 67:10
nine 75:13
nods 47:4
Normally 7:22
39:6
notary 1:1 106:4
noted 76:18
nothing's 53:13
notice 1:1 60:13
noticed 14:12
67:10 76:14 77:9
nuclear 88:20
nudged 14:20
29:7 32:21 67:12
number 82:10
Numberspace@iclo

ud.com 9:20
NYU 81:3

< O >
obtained 100:22
obviously 16:5
93:21
occasion 14:22
21:3 32:20
occur 67:13, 15
occurred 91:16
o'clock 92:7
October 61:9
ODU 68:1
offenses 75:22
office 6:2 8:21
27:21
Officer 2:4, 10
3:14 4:2 71:16
offices 1:1
Oh 9:16 10:6
21:4 23:1 43:12
44:14 66:11
67:17, 19 68:2
69:22 71:18, 18,
18 78:19 81:2
90:21 103:13
Okay 4:16 5:12
6:3, 18 7:1, 5, 13,
18 8:8, 10 9:18,
22 10:3, 6, 15, 21
11:3, 7, 15 12:6, 8
17:8 18:20 19:13
22:3 23:1, 7, 16,
21 24:13 26:13
29:4 37:13 38:4,
12, 14 39:4, 18
40:2, 11, 18 41:9
43:4 44:7, 20
45:8 48:15 49:1,
13 50:12, 22
52:10, 11, 16
54:16 55:5, 20
56:6, 12 57:19
58:19 60:19 61:1

62:13, 16 63:8, 13,
21 64:16 65:4, 10,
14, 20 66:1 68:5,
21 69:2, 15 72:5,
15, 18 74:16 75:2
77:22 78:4, 22
80:4, 18, 20 81:6,
19 93:15 95:12,
18, 21 96:7, 19
97:6, 17 100:4, 10,
12 102:7 103:13,
20 104:5, 15, 18
older 66:5
Once 7:10 60:6
76:18 79:11
92:10
ones 56:20
ongoing 20:8
36:10
Ooh 21:4
open 5:13
opportunity 7:2
91:19 100:5
102:12
opposed 33:5 92:5
options 6:3
order 77:3
organized 76:9
orgasm 15:16
32:7 46:4 55:10
69:8 70:5, 17
71:5
ought 39:5
outcome 106:16
outside 3:13
27:21 28:1, 2
99:4
overheard 49:21
56:22 69:21
70:18 79:9

< P >
p.m 1:1 105:6
package 92:11

packet 73:22
84:3, 12
packets 82:15
PAGE 2:17 106:8
pants 28:13 63:4
par 87:7
parent 38:14
parents 8:1, 6 9:3,
5, 8 26:8 38:1
82:1 87:17 89:12
91:22 101:21
102:5
part 15:22 29:22
36:3 42:20 47:12,
21 93:1, 16 94:12
104:3
partaking 34:9
participant 76:16
participated 19:1
participates 36:8
76:6 83:5
participating
34:12 51:14 65:1,
3 86:18
particular 13:19
14:18
particularly 33:21
86:17
parties 106:13, 15
pat 60:8, 8
patent 83:20
Pathak 1:1, 1 2:4,
4, 4 4:3, 3, 5, 5, 7,
7, 11, 13 7:14
8:12 9:12, 21
10:2, 4 11:1, 11,
18 12:4 38:18
39:1, 8, 15, 19
40:1, 10, 15 41:2,
5, 8, 11, 13, 17
42:1, 6, 9 43:2, 7
44:10, 14 45:5, 10,
14, 17, 20, 22 46:5,
11, 17, 21 47:4, 11,
20 48:8, 17 49:8,

17  50:6, 20  51:3,
7, 9, 17  52:1, 4, 7,
15, 19, 22  53:4, 9
54:1, 7, 11, 15, 18,
21  55:4, 19  56:5,
8, 14, 17, 21  58:15,
18, 20  60:10  61:3,
7, 18, 21  62:5, 9,
15, 19, 21  63:2, 5,
11, 15, 20  64:4, 6,
15, 17, 20  65:2, 9,
13, 16, 20, 22  66:2,
17, 21  67:2, 14
68:7, 13, 14, 19
69:1, 6, 12, 16
70:12  71:2, 8, 14,
18  72:1, 4, 8, 11,
14, 17, 21  74:10,
14, 22  75:3, 9
78:14, 17, 21  79:1,
16, 22  80:3, 6, 9,
11, 17, 22  81:3, 15,
18  83:5, 19  92:9
93:11, 12, 14, 15,
19, 20  94:2, 4, 6, 7
95:4, 6, 8, 9, 11, 12,
14, 15, 17, 18, 20,
21  96:1, 3, 5, 7, 9,
10, 13, 14, 16, 19,
21, 22  97:2, 4, 5, 6,
9, 13, 22  98:21
100:2, 8, 13  104:7,
14
**pattern**  16:4
35:14
**pause**  37:19
**peers**  24:22
**pelvic**  40:17
63:12  87:1
**pelvis**  44:4, 5
45:4, 7  94:7
**pencil**  78:17  79:1,
11
**penis**  28:13  63:4

91:10
**Penn**  81:1
**people**  30:6
31:11  39:9, 11
40:7  46:12, 12
47:2, 14, 17  49:11,
14  50:14  53:11
54:20, 22  55:11
58:16  60:12
79:19  84:15
85:17  87:20  88:4
94:22  98:8
**people's**  21:6
**perception**  101:17
**period**  8:14
**perpetrator**  23:5
**persisted**  15:22
**persistent**  33:15
34:7
**person**  6:9  7:20
22:8  47:12  48:18
66:6  101:17
**personally**  73:8
**pervasive**  86:13
**pervasiveness**
36:10
**physical**  18:1
53:16
**picture**  92:15
**place**  13:22  92:2
93:20  106:8
**placement**  35:12,
18
**Please**  6:14, 20, 21
8:10  12:7, 11
34:17  37:17  42:8
55:14  58:19
99:15
**PLLC**  2:3
**plus**  75:19
**point**  3:3  8:1
13:15, 17  20:10,
15  25:14  30:5
39:2  41:21  62:14

75:15  92:3  93:22
96:12  102:16
**pointer**  44:3, 5
**poke**  79:18  92:19
93:21
**poked**  76:21  77:4,
6, 14, 17  78:20
79:5, 11  93:17, 18,
22
**poking**  18:4  24:6
43:21  62:17  79:7,
9, 10  86:21  93:16
**polygraph**  84:2, 4,
17  85:15  87:18
**position**  33:22
**positive**  24:2
76:11
**possibility**  9:7
**possible**  5:10
11:16  104:18
**possibly**  84:16
91:16  105:1
**post**  52:13
**posting**  22:4
**postings**  22:18
**potential**  60:17
**power**  83:4
**practice**  19:3
33:19  42:18, 21
70:7
**practiced**  89:10
**predator**  84:22
**pregnant**  73:2
**presence**  29:22
30:9, 15  35:3, 15
56:2  59:10  70:10
92:13
**present**  13:19
26:21  27:2, 11
28:3  30:4  31:15
56:10  84:22  85:1
88:10
**presentations**  26:5
**pressed**  18:18

**pressing**  37:22
**pressure**  98:15
**pretty**  73:4
**prevent**  35:21
86:9
**previous**  12:21
**previously**  83:20
101:2
**Principal**  2:12, 12
3:18, 20  16:11
**principals**  12:18
17:17
**principal's**  4:18
**prior**  11:3  13:21
23:18  75:20
**probably**  79:18
102:11
**probation**  11:19
**probationary**  5:15
**problem**  42:2
86:13
**procedures**  10:20
**proceed**  9:4
**Proceedings3**  2:18
**produced**  23:11
**professional**  1:1
**program**  5:18
**progress**  24:1
**prompt**  15:15
**proof**  49:20
**protect**  35:22
**protecting**  24:18
**proud**  102:6
**provide**  28:2
**provided**  9:10
10:8  33:18  34:4
100:16
**public**  1:1  106:4
**pull**  63:3
**pulled**  43:10  50:1
86:16  89:6  90:3
96:17  97:7
**purpose**  52:20
53:1, 3, 6
**pursuant**  1:1

pursue 27:19
100:20 101:3
pushed 42:13
43:16
pushing 61:22
put 15:10 30:18
36:11 43:11
62:10 68:6 92:15
puts 32:7 69:8
71:6
putting 60:5

< Q >
quarter 75:18
question 7:11
8:13 23:22 30:13
37:9 38:15 46:7,
12 55:12 65:15,
16 71:5 92:22
96:11
questioned 27:4, 7
89:6 97:14
questions 6:14, 20,
22 7:4, 5, 17
10:10, 20 11:8
26:14 34:16 37:7
59:16 78:5, 6, 9
81:9 84:6 97:12
quick 8:12
quite 44:22 53:16
quiz 5:12
quote 15:11
18:15 58:8
quotes 90:3, 3

< R >
raised 84:11
87:10
random 34:13
ranged 75:18
rare 5:21 12:4, 5
88:18
rarely 76:12
reach 81:3 92:20

react 63:14
reaction 88:20
read 7:8 10:14
58:1 73:21 85:8,
9 87:12 92:10
102:22 103:5, 21
reading 42:3
83:14
realize 101:13
103:19
Really 51:8 61:12
80:14 81:5, 16
82:22 84:16
85:11
rears 33:22
reason 8:9 17:9
20:3 27:6 59:8
rebuild 87:19
receive 11:4 91:2
received 8:13
77:8
recommendation
5:20 11:22 35:8
36:13 91:4
record 7:7 23:10
75:11, 12, 22 76:1
78:11 81:12
recorded 3:4
recording 3:6, 8,
11
redacted 26:19
92:11
refer 41:21
referenced 17:3
76:13 77:2
references 98:9
referral 4:18
16:12 36:3 75:20
refers 45:6
regarding 22:6
29:5, 14 30:10
31:1 32:6 34:7,
22 37:1 67:8
83:9, 10, 12

regional 101:6
registered 10:10
regular 5:16
11:20 36:7
regularly 33:11, 12
regulation 3:5
4:20
related 106:12, 14
relay 104:7
relive 87:4
remain 103:6
remember 11:15
15:1
remind 8:10
remove 5:15, 17
77:3
repair 83:21
repaired 88:7
repeated 25:13
41:15
repeating 66:15
rephrase 49:14
report 27:16
33:18 57:14
59:20
reported 4:19
24:9 29:3 32:3
37:3 55:10 57:4,
5 106:6
reporter 1:1 3:21,
22 106:3
reporting 97:7
reports 8:13 24:1
76:10
represent 5:2
100:5
representing
106:14
reputation 36:15,
17 83:21 84:18,
19 87:19 88:7
92:3
request 27:18, 20
requests 99:6

required 3:6 26:4
requiring 76:21
respect 24:22
101:16
responded 23:14
55:16
response 21:1, 3
Responsibilities
4:20
responsibility 5:3,
8
result 77:11
results 84:2
85:14, 15
resume 84:4
retaliating 74:9
return 5:13 11:18
91:19
revealed 75:12
Review 75:11
102:19 104:16
Reynolds 59:4
ride 59:11 73:6
right 3:16 4:14
10:9, 16, 22 11:2,
8 12:9 23:17
28:12 37:15 38:7,
12, 15 40:4 41:18
47:3 50:12 51:1,
21 69:12 71:13
74:12 75:6, 10
78:8, 12, 22 80:21
81:9, 19 87:9
96:4, 20 102:9
103:8 104:10
105:4
Rights 4:20
Student B 56:14 63:18
64:5 66:9 70:19,
20, 22 95:2 96:1, 6
Student B 64:3
rise 33:4 88:13
Road 1:1
room 19:3 39:9

85:9  87:3  95:19
**row**  31:8
**rowing**  101:3, 7
104:9
**rule**  102:14
**rules**  11:17  40:5,
6, 18  41:9
**ruling**  104:5
R  63:21

**< S >**
**safe**  25:16  72:9
87:9
**safety**  24:17, 20
**Sangster**  100:14
**sarcastic**  76:19
**sat**  42:22  91:6
96:8
**satisfactory**  75:21
**Saturday**  67:5
**saw**  16:22  19:18
32:1  42:12  61:15
**saying**  7:10  19:14
23:2, 3  40:19, 22
41:3  47:2, 9
50:17  54:5  55:21,
21  58:13  64:10
74:14  76:3  79:9
82:18  84:15
90:12, 21
**says**  29:6  31:22
47:7  53:15  54:8
70:15, 18  90:6
103:5
**schedule**  105:3
**school**  3:4  5:14,
17, 18, 20  6:11, 20
7:7, 9, 16  11:10,
17, 20, 22  12:7, 16,
18, 21  13:1, 11
21:13, 22  22:7, 11
23:6  24:15, 17
25:17  26:14
27:12  35:9, 10, 11,
17, 20  36:4, 7, 12,

15  39:10  40:6, 18
41:9  47:5, 7, 12
48:6  49:15  50:15,
18  51:13, 14
52:17  57:3  59:11,
12  72:6, 13, 16
73:16  75:11, 12
76:1  78:5, 9, 11
81:12  82:3  83:3
84:21  87:15
88:10, 14, 14
89:22  91:20  92:1
97:18  100:22
101:2  102:2
103:6
**schools**  81:4, 5
86:8  100:16
**school's**  6:22  33:5
**sciences**  80:1
82:14
**Scout**  84:20
85:19, 21
**Scouts**  85:22
101:5
**seal**  106:17
**season**  16:1  59:7
64:14
**seat**  44:1  76:22
77:11  95:16, 18
**seated**  94:12
**sec**  38:8
**second**  40:14
94:17
**Secondary**  3:20
5:14
**section**  8:5
**see**  43:11  44:22
54:6  61:13  86:12,
13  88:11  99:15
**seeing**  20:14  32:3
60:12  90:17
**seen**  26:8  32:2
58:8  60:1  76:14
90:10  98:4
**self-motivated**  76:7

**semester**  43:9
75:16
**send**  5:16, 18, 19
9:12, 14  10:3
**sense**  76:19  94:15
98:2, 19
**sensitive**  82:21
101:16
**sent**  22:6, 8, 13, 20
**separate**  34:11
**September**  61:9
68:10
**serious**  47:6  48:5
**session**  82:19, 19
85:7
**set**  106:8
**setting**  51:13
100:17
**seven**  16:18
46:13  55:1
**sex**  73:3
**sexual**  4:22  11:13
14:3  15:7, 21
16:4  22:10  23:4,
5, 18  25:3, 5  26:3
35:14  39:16  40:8
41:15  52:20  53:1,
2, 6  57:5, 6  60:18
66:20  67:1  83:1
86:6  87:22  88:12
89:18, 20
**sexually**  31:2
38:20  41:10
68:15  83:6  84:8
**sexy**  51:22
**shake**  60:7
**shakes**  75:9
**share**  16:7
**shared**  12:19
13:6  14:10  18:15
**sharing**  13:20
**she-said**  84:1
**short**  10:14
**shorts**  68:19, 21

**shoulder**  43:17
79:6  93:18
**shove**  62:8
**show**  26:2, 4  63:4
91:10  93:2
**showed**  65:11
**showing**  28:13
65:5
**shown**  26:9
**side**  7:3  14:20
29:7  32:21  40:21
67:12  83:17, 19
88:10  103:16
**sideways**  44:2
**signed**  23:11
**simply**  33:6
**singing**  101:4
**sir**  4:14  8:16
92:6  97:10, 20
104:6
**SIS**  43:10
**sister**  14:13, 16
67:9, 15, 16, 17, 22
68:1, 4
**sit**  94:18  95:22
96:5
**sits**  96:1, 6
**sitting**  43:7  62:3
69:20  70:19  93:3,
6, 10, 12, 17  102:10
**situation**  52:12
57:9, 17  71:11, 20
72:19  82:1  83:4
84:1, 13  86:4, 12
88:20  89:14  90:8,
9
**six**  16:18  46:13
47:3  49:3  55:1
**slash**  30:19  68:6
**slow**  100:8
**small**  92:10
**smaller**  14:18
67:11
**Smith**  1:1  3:21
106:3, 19

social 22:4  23:13
52:14  59:1  88:5
somebody 53:14
86:10  93:1  98:7
99:2
somebody's 60:7
67:9
somewhat 6:17
7:12  38:17
son 82:8, 12
92:12, 18
son's 83:21
soon 104:18  105:1
sorry 10:1  22:21
35:18  48:19
71:19  91:8  98:10
sort 33:20, 22
36:15  82:4, 6
92:13, 14
sought 12:16
58:1  84:1
sound 78:13
sounded 58:2
sounds 20:7
Spandex 31:3, 5
68:17, 18, 22  69:4
Spanish 14:11
16:7  96:17
speak 6:11  8:5
11:6  31:5  38:9
speaking 12:8
specific 15:18
17:3  26:18  33:3,
9  50:16
specifically 4:21
14:5  33:16
spend 64:12
spirits 62:10
spoke 12:17
spoken 14:5  99:4
sport 19:4  81:16
sports 21:22
81:13
sprained 64:20

spring 67:4
SR 25:20  26:5, 7
staff 6:11  47:6, 7,
12  49:15  50:15,
18  52:17
standing 31:3, 10
93:6
start 3:12  6:10
7:22  16:16  39:5,
6  40:4  42:18
62:14  95:13
started 23:8
43:20  65:11  70:7
starting 70:4
104:12
State 81:1  101:7
stated 101:2
statement 29:5
31:1  32:6, 12
44:13  45:1  61:1
65:17, 18  68:8
90:2  98:14  99:15
statements 26:18
60:22  92:10
station 42:22  43:8
steers 66:6
stenographic
106:3, 6
stenotype 1:1
steps 9:3
stomach 42:4
44:4, 6  45:4, 6
stop 20:20  52:3
66:11  79:6, 9, 10
90:18  102:16
story 7:3  48:12,
16
Street 2:4
stretching 33:19
42:20  70:21
strive 101:22
strong 76:16  88:3
Student 2:2  4:12,
13, 19  5:15  6:8
11:19  24:1, 5, 7

31:22  32:1, 3, 6
38:20  56:1  75:13
76:6  77:4, 10, 14,
15  86:1  98:6
99:21
students 13:5, 18
15:19, 22  16:3, 14,
18  17:9, 16  20:15
24:18  25:2, 6, 7, 9,
11, 16  27:2, 3, 11,
12  31:16, 19  32:1
33:13  41:10, 16
55:9, 21  62:4
91:17  99:17
study 79:3
stuff 61:14  69:21
80:19  94:18
submitted 76:15
suggestion 79:18
Suite 2:4
summary 7:7, 8
summer 73:3
104:9
super 58:8  59:20
superintendent
3:15  5:2  16:13
supervision 35:19
supplements 26:6
support 82:7
supposedly 95:2
sure 9:19  10:6, 6,
7  12:13, 14  16:17
37:20  40:20
41:19  48:17
78:16  82:9  84:10
89:12  104:4
surface 87:14
Sus 9:22
[Jane Doe] 2:4  4:5,
5  10:2  97:22
sushsathe 10:1
suspension 11:5
88:15  102:10
103:1, 16

suspicions 37:1
[Joan Doe] 2:4  4:3, 3
system 100:7

< T >
table 88:18
tabs 48:4
Taekwondo 81:15,
17  101:4
take 5:9, 19
10:21  25:15  26:7
82:13  83:3  86:2,
20  98:15  105:3
taken 1:1  10:16
13:22  23:12
79:14  87:11  89:1
90:3
talk 7:16  51:15
61:12  66:19
89:12
talked 46:14  68:3
75:4  98:1
talking 24:8
29:17  39:8  41:22
43:8  50:8  53:16
56:3  58:3, 7
65:12  67:22
73:16  78:19
90:10
talks 83:6  85:20
tampon 15:15
32:8  39:20  45:19
55:1  56:7, 19
69:8, 19, 22  70:2
71:6  73:19
tampons 34:20
69:10  70:11
83:10  85:5
tap 68:5
tapped 15:3
30:18  32:22
taught 101:22
teacher 8:14  24:5
76:12, 18, 20  77:2,
7, 20  78:1  79:8

teachers 7:9
43:11  76:2, 4
99:5
teacher's 90:5, 6
team 25:8  27:22
29:17  31:2  39:10
50:3, 11  51:4
57:18  58:3  64:10,
13  66:6, 18, 19
67:1, 4  68:15
83:6  86:19  89:16,
18  90:17  101:8
teammates 19:2
51:2
teams 31:7
tech 27:22
teenager 87:5
teenagers 46:2
87:14
tell 5:10  6:12
7:3, 9  9:1, 2, 4, 5
12:11  35:10  43:6
48:6  49:3, 19
50:7, 17  52:3
69:9  72:16  73:22
76:2  78:15  97:15
100:6
telling 14:2  48:16
tells 101:9
ten 8:21
ten-day 11:4
term 43:9  60:17
terms 18:6  103:1
test 26:7
text 59:1
texted 73:7
Thank 10:16
12:6  24:13  26:10,
12  37:7, 8, 14
75:6  78:4, 7
81:19  97:20
99:22  100:4
102:7  104:20, 21
105:4

Thanks 24:12
theater 101:4
thick 14:7  15:2
thing 7:19  36:16
37:18  55:10  82:4
84:15  86:6
things 6:6  15:8
25:20  39:2, 16
40:12  46:1, 14
47:10, 16  48:1, 5
49:15  50:17
55:17, 22  60:2, 12
67:6  72:16  81:6
85:3  88:6  90:1
91:15  92:10
98:22  99:10
101:17  102:4
104:1
think 20:6  21:3
23:15  42:11  46:6,
21  47:11  48:22
51:5, 12, 20  53:19
55:15  65:6  81:8
83:13  85:10  86:5,
11  87:11, 20, 21,
22  88:4  89:10
90:16  91:12  93:8
94:10  98:8, 22
99:14
thinking 48:22
83:21
third 7:19  24:9
30:22  75:18
thought 19:18
46:3  56:22  74:17,
19  82:3, 8  94:17
97:16
threat 21:9  89:21,
22
threats 24:19
three 6:6  11:21
13:2  15:18  17:2
19:9  24:7  49:5
64:17  75:16

84:15
tied 22:18
time 6:19  16:7
25:12  27:15
29:15  30:8, 11, 20
31:17  37:12
44:19  61:12
62:17  63:14
64:12  67:2, 4
68:3  69:14  72:6
84:21  86:4, 18
89:9  93:5  94:13
95:9, 12, 16  97:11
106:8
timing 27:21
title 4:15  106:8
today 4:16  6:5
8:19, 20  27:22
88:6  91:2, 18
102:14  103:10, 12
told 20:20  42:14,
19  43:15  48:2, 3
49:22  50:1, 7
52:5  67:22  70:6
73:11, 12, 17
89:15, 17  92:19
99:10
tone 33:16
tool 84:17  86:10
top 55:13  68:20
85:19  101:5
topics 48:5
totally 73:11
touch 18:13, 16
40:7, 12, 22  41:4,
6  49:4, 12  60:1
84:6, 8  93:1
104:17
touched 13:12
14:9  15:5  18:3,
19  19:10, 15  24:8
28:6, 10, 22  29:16
32:18, 19  38:19
40:15  42:4, 5
44:3, 5, 8  45:2, 4

50:9  62:18  63:12
64:9  87:1  94:14
touching 4:21
11:13  12:20  17:1,
10  18:6, 6  22:9
23:19  25:6  29:10
36:2  49:10, 10
58:13  59:21
83:16, 18  95:1
touchy 58:8  59:20
trafficked 73:3
transcript 106:10
transfer 88:14
transferred 35:9
106:10
transpired 52:9
67:6
tried 22:14  91:9
troop 85:19
trouble 72:7
84:21  89:5, 9
true 39:2, 6, 7, 7
47:19  86:15
103:22  106:10
truly 85:6, 9
88:12
truth 48:21
try 87:18  101:11
103:11
trying 26:16
41:19  48:20  88:1
89:11  104:4
turn 3:7  83:15
90:19  98:16
turned 14:15
turns 10:21
tweet 22:5, 8
tweets 88:5
twice 26:4  79:4
84:10
two 11:19  14:8
19:12, 13  24:7
34:15  49:19
56:10, 18  57:4, 15
58:5, 12, 16  64:22
65:2  66:2, 3

68:12  70:9, 14
76:13  80:4  82:15
90:1, 6  99:19
**types**  100:19
**typical**  34:4
**typically**  21:1
95:10

**< U >**
**Uh-huh**  7:14
19:8, 16  61:18
63:20  65:13
68:13  69:1  77:7
**unclear**  27:11
47:16
**uncomfortable**
15:20  41:16
60:14
**uncomfortably**
64:9
**undercurrents**
89:16
**understand**  5:13
11:9  26:16  31:9
40:6  49:5  52:11
53:17  98:12
104:3
**underworkings**
87:13
**undoubtedly**  90:14
**unfamiliar**  89:14
**unfortunate**  86:5
98:21
**unfortunately**
8:22  74:1  104:11
105:2
**unique**  84:13
**update**  104:22
**upset**  63:8  77:10
101:15
**user**  22:16, 17
**Usually**  53:14
**UVA**  80:22  81:8

**< V >**
**vague**  92:14
**various**  48:4
100:19
**varsity**  67:20
**verbal**  57:5, 6
**verified**  75:14
**verify**  82:8
**victim**  17:6
**victimize**  88:1
**victimized**  35:15
83:2
**victims**  21:12, 17
24:15  36:1
**video**  26:3, 6
94:21
**view**  34:2  41:17
49:18  55:22  56:3
70:20
**violate**  18:14
52:18  53:8, 15, 22
**violating**  85:2
**violation**  4:19
**Virginia**  1:1, 1, 1
2:4  101:7  106:2,
5
**vocalist**  101:5
**voluptuous**  14:8

**< W >**
**waist**  18:4, 10
**waiver**  103:4, 5
**walk**  30:1
**walked**  13:17
44:18  90:7
**walking**  39:11
42:10  59:13
103:2
**want**  6:1  9:11, 18,
19  10:12  23:15
24:4  40:20  42:19
60:15, 20  75:7
79:20, 22  81:12
87:4  90:1, 4

97:10  98:15  99:9,
19  100:2, 11
102:21, 22  104:2
**wanted**  20:17
61:17  62:9  63:15
**wants**  88:4
**warranted**  5:4, 7
16:12  17:19  91:4
**water**  86:4
**Waterman**  2:12
3:19, 19  12:9, 10,
13  19:6  22:16, 22
24:14, 17  25:18
26:1  36:6  48:14
57:8, 15, 21  58:10
**way**  8:4  22:7
40:8  53:16  59:6
61:20  62:1  94:11
100:18
**ways**  101:13
**wear**  68:18
**wearing**  31:3
68:16
**week**  12:21  13:9
69:14
**weeks**  49:19
64:18, 22  65:2
66:3, 3  68:12
**weigh**  87:15, 16
**weighed**  88:21
**weight**  14:13, 17
19:3  39:9  45:16
67:8
**weird**  82:4
**well**  7:1  15:19
24:17  40:4  44:21
47:1  53:2  55:9
58:17  74:17  76:6
81:6  84:3  85:18
93:3  96:10  97:13
98:13  99:13
100:2  102:9
103:4
**well-mannered**

76:5
**Well-written**  102:8
**went**  25:2  43:21
47:12  50:15
70:22
**we're**  3:12  4:16
7:6  11:7  12:12
24:8  32:16  67:3,
5  75:10  91:18
103:15
**we've**  46:14
47:21  98:4
104:11
**wife**  92:17
**winter**  15:10  16:2
64:8, 13  65:5
69:13
**wish**  3:10  9:5, 9
89:15, 17  104:10
**witness**  15:7  17:4
19:19  20:2  31:1
54:8  57:11
**witnessed**  13:21
16:15, 19  27:8
37:1  60:16
**witnesses**  13:5
15:20  16:21
17:14  31:6
**women**  83:2  88:2,
3
**women's**  39:14
**won**  101:5, 7
**word**  53:8
**words**  20:16
44:11  53:20
**work**  76:12, 15
85:20
**working**  8:21
84:19  85:21
**worst**  5:19
**worthwhile**  81:7
**write**  98:18
**written**  50:13
**wrong**  93:9

**wrote** 24:5  44:22
45:1  98:14

**< Y >**
**Yeah** 10:4  39:15
40:1  42:8  44:14
46:17  51:9  54:7,
15, 18  56:8, 17
62:9, 15, 19  65:20
66:17  70:12
72:17, 21  74:10
78:14, 16, 21
79:16  80:12
81:18  90:12, 21
94:6  96:13
**year** 26:2  49:11
59:7  61:8, 10, 11
64:6  73:6  76:14
86:3  101:6
**years** 46:13  47:3
49:3  55:2  76:13
82:11  98:5
**yesterday** 97:18
**young** 12:15, 22
13:2, 11  14:4, 6,
10, 16, 18  16:8
17:5  18:2, 7
20:10, 12, 13  33:8,
17, 19  35:15, 22
49:6  53:18  98:7
99:2  104:9

**< Z >**
**zest** 98:6