**IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
*Alexandria Division*

| | |
|---|---|
| **JOHN DOE 2**, by and through his father and next friend, **JOHN DOE 1**,<br><br>Plaintiffs,<br><br>v.<br><br>**THE FAIRFAX COUNTY SCHOOL BOARD**,<br><br>Defendant. | Civil Action No. 1:18-cv-00846<br><br>Judge Leonie M. Brinkema |
| **PLAINTIFFS' CORRECTED MOTION FOR LEAVE TO MANUALLY FILE EXHIBITS 1 AND 2 TO DECLARATION OF JOHN DOE 1** ||

Plaintiffs respectfully request leave to manually file a DVD containing Exhibits 1 and 2 to the Declaration of John Doe 1 (Doc. No. 107-2) in support of their response to the Board's motion for summary judgment (Doc. No. 106). The disk contains the following publicly available videos:

Ex. 1: Video of WUSA 9 news segment regarding girls'-basketball scandal:

"Feds investigating Virginia school after sex harassment complaints against coach: 'Nothing was done.'" (Jan. 4, 2018) (first video) (available at https://www.wusa9.com/article/news/local/virginia/feds-investigating-virginia-school-after-sex-harassment-complaints-against-coach/65-504918719)

Ex. 2: Videos regarding girls'-basketball scandal and aftermath:

"Feds investigating Virginia school after sex harassment complaints against coach: 'Nothing was done.'" (Jan. 4, 2018) (second video) (available at https://www.wusa9.com/article/news/local/virginia/feds-investigating-virginia-school-after-sex-harassment-complaints-against-coach/65-504918719)

"More evidence surfaces against coach in sexual harassment case." (Jan. 8, 2018) (available at https://www.wusa9.com/article/news/local/burke/more-evidence-surfaces-against-coach-in-sexual-harassment-case/65-506299448)

"Lake Braddock principal retiring following federal investigation into sex harassment by coach." (Feb. 2, 2018) (available at https://www.wusa9.com/article/news/local/virginia/lake-braddock-principal-retiring-following-federal-investigation-into-sex-harassment-by-coach/65-513958354)

"Lake Braddock Secondary School principal out amid federal Title IX investigation." (Feb. 2, 2018) (available at http://www.fox5dc.com/news/local-

news/lake-braddock-secondary-school-principal-out-amid-federal-title-ix-investigation)

"Fairfax County schools expands principal search in the wake of harassment controversy." (Nov. 29, 2018) (available at http://www.fox5dc.com/news/local-news/fairfax-county-schools-expands-principal-search-in-the-wake-of-harassment-controversy)[1]

Respectfully submitted,

| THE CHANDRA LAW FIRM LLC | UNGVARSKY LAW, PLLC |
|---|---|
| /s/ Subodh Chandra | /s/ Edward J. Ungvarsky |
| Subodh Chandra, admitted *pro hac vice* | Edward J. Ungvarsky (VSB # 83014) |
| Donald Screen, admitted *pro hac vice* | 114 North Alfred Street |
| Ashlie Case Sletvold, admitted *pro hac vice* | Alexandria, VA 22314 |
| Patrick Kabat, admitted *pro hac vice* | 571/207-9710 |
| The Chandra Law Building | ed@ungvarskulaw.com |
| 1265 West Sixth Street, Suite 400 | |
| Cleveland, OH 44113 | |
| 216/578-1700 | |
| Subodh.Chandra@ChandraLaw.com | |
| Donald.Screen@ChandraLaw.com | |
| Ashlie.Sletvold@ChandraLaw.com | |
| Patrick.Kabat@ChandraLaw.com | |

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that I filed the above document using the Clerk's electronic-filing system, which will send notification to all counsel of record, on this 19th day of April, 2019.

/s/ Edward J. Ungvarsky
*Counsel for Plaintiffs*

---

[1] In drafting, counsel mistakenly included that Defendant's counsel objected to the motion and had agreed to its being heard on its paper. That sentence was a typographical error. The motion is noticed for hearing on May 3, 2019 at 10:00 am., as indicated by the accompanying Notice of Hearing.