IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE 2, by and through his father and next friend, JOHN DOE 1, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | 1:18-cv-846 (LMB/TCB) |
| THE FAIRFAX COUNTY SCHOOL BOARD, et al., ) ) ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the defendant's Motion for Summary Judgment [Dkt. No. 100] is GRANTED,[1] and it is hereby

ORDERED that judgment be and is entered in favor of the Fairfax County School Board.

The Clerk is directed to enter judgment in defendant's favor pursuant to Fed. R. Civ. P. 58, to cancel the May 31, 2019 hearing and the June 17, 2019 trial, to forward copies of this Order and the accompanying Memorandum Opinion to counsel of record, and to close this civil action.

Entered this 29 day of May, 2019.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

---

[1] Accordingly, defendant's Motion in Limine [Dkt. No. 135], plaintiffs' Motion to Withdraw Attorney Patrick Kabat [Dkt. No. 141], and plaintiffs' Motion for Electronic Device Application [Dkt. No. 143] are DENIED as moot.